UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AMIR MARMARCHI
_____
_____
(Name of the plaintiff or plaintiffs)    Urbana
University of Illinois at champaign
v.
Alex Kirlik, Holy Kizer, Wojtek
Chodzko-Zajko, Ramavarapu Sreenivas
Anne Kopera
_____
_____
(Name of the defendant or defendants)

CIVIL ACTION

NO. 16-CV-2326

FILED
OCT 14 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. Plaintiff ☐ DOES  ☒ DOES NOT demand a jury trial.

**I. PARTIES**

2. The plaintiff is Amir Marmarchi,
whose street address is 419 Warren Ave,
(city) Normal  (state) IL  (ZIP) 61761
(Plaintiff's telephone number) (217)-417-3736

3. The defendant is University of Illinois and 5 aforementioned employees whose
street address is 801 S. Wright St, Champaign, IL, 61820,
(city) Champaign  (state) IL  (ZIP) 61820
(Defendant's telephone number) (___)-_____

4. The alleged discrimination occurred at University of Illinois at Urbana-Champaign
(city) Urbana  (state) IL  (ZIP) 61801

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____, (day)_____, (year)_____.   *Started from May 2013, continued till Aug 2016*

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☒ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☒ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☒ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☒ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☒ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☒ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☒ Other (list): *My refusal to cooperate in fraud and not submitting to coercion*

8. Plaintiff ☐ HAS ☒ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]** *I was told by EEOC that because discrimination was primarily related to academic and employment was secondary, they don't file it*

9. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]** *I didn't make a copy, but I took pictures of all the pages before mailing it, I've attached a copy of all those pictures²*

10. Plaintiff ☐ HAS ☒ HAS NOT received a Right to Sue Notice.  If yes, Plaintiff's Right to Sue Notice was received on or about (date) _____.

   [**Attach copy of Notice of Right to Sue to this complaint.**]

   ### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

    (a) ☒ by failing to hire the plaintiff.

    (b) ☒ by terminating the plaintiff's employment.

    (c) ☒ by failing to promote the plaintiff.

    (d) ☒ by failing to stop harassment;

    (e) ☒ by failing to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ by failing to reasonably accommodate the plaintiff's religion.

    (g) ☒ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

    (h) ☒ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

    (i) ☒ with respect to the compensation, terms, conditions, or privileges of employment;

    (j) ☒ other (specify): retaliating against me for not doing fraud through inaction (making himself unavailable to me and ordering me to not contact him or anyone else, and through adverse actions like giving me runaround between cycles of different tasks with the purpose of derailing my graduation and ultimately terminating me.

3

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

Advisor (Alex Kirlik) began suggesting fraud in May 2013, at first softly as a recommendation and later more and more clear and forceful. In response to my lack of cooperation in Dec 5, 2013 he verbally and physically abused me and after 90 minutes of chastising me for not listening to him and being hard headed and an old hallucinating Iranian student with no clue about how academic world works, ordered me to stay away of him and not contact him or anyone else, despite his flip-flops between apologizing for his behavior and then going back to his threatening retaliating mood, he kept me a hostage after that, left all my request for work to finish phD either unresponded or responded by distractive tactics, and finally in Oct 2015 said he'd resign, then my department terminated me as of Dec 2015 and they all continued their discriminative approch until the final denial of my appeal in Aug 2016.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☑ Direct the defendant to re-employ the plaintiff.

(c) ☑ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): graduate me with phD based on the work that I had already done.

4

and based on the advisor's Apr 2013 evaluation stating I was done with my PhD

* recognize my intellectual property and the right to publish my results
* implement policies to prevent abuse and negligence that I faced
* defendant to refund the research money that he misused for fraud
* remove Alex Kirlik, Sreenivas, and Kizer from their jobs

(g) [✓] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [✓] Grant such other relief as the Court may find appropriate.

_Amir Marmarchi_
(Plaintiff's signature)

AMIR MARMARCHI
(Plaintiff's name)

(Plaintiff's street address) 419 Warren Ave
(City) Normal  (State) IL  (ZIP) 61761
(Plaintiff's telephone number) (217)-417-3736

Date: 10/10/2016