E-FILED
Friday, 10 February, 2017 09:13:20 AM
Clerk, U.S. District Court, ILCD

**Document B: Beginning of FRAUD! Evidence of how according to Mr. Kirlik my PhD was done in Apr 2013, but then Mr. Kirlik suddenly began to chastise me for "the number" (i.e. the statistical significance, and the most important result of our last experiment, and the same number that he ended up fabricating without my knowledge) being low, followed later by his more explicit orders for fabrication of results in our conversation, and then he started to retaliate against me after my refusal.**

Background: One of the most critical evidence in this case is the annual report of my progress that in Apr 2013 (prior to his fraud suggestion, which is right after our series of successful experiments) my advisor Mr. Alex Kirlik had submitted to my department in which he had stated that I was ready to graduate once I finished writing my results in my dissertation, and form my dissertation committee. (When I asked my department to send me this important document, Mrs. Kizer refused to respond or send me this report, but I know it exists because I have seen it before)

This was also in perfect accord with what Mr. Kirlik had frequently told me whenever I insisted on doing more experiments, to which his response was always "Amir, you have done more than enough experiments and if you just write what you have already done you can graduate soon".

But excited from our success and eager to do extra work, it was always me that insisted on doing more experiments, even though he didn't believe that they were necessary for my PhD. In Apr 13, 2013, once again I brought up the idea of doing another experiment and asked his idea once again if he is OK with that, and this time for the first time, he agreed that I add a part in my dissertation regarding future potential experiments. It is important to note how his response is tremendously vague when he suggest "propose at least 1 or perhaps 2" with nothing specific about these experiments, a sign that he has not had any prior thought about neither the topic nor the scope or size of these future experiments, so he vaguely agrees to "a part about suggestion of some future work" for my dissertation, (which is a norm for all dissertations to mention some possible future directions), and then he asks me to focus on writing the document in the very next line.


**My email to Mr. Kirlik sent on Apr 13, 2013**

*Alex,*

*Following our previous conversations about my dissertation, I wanted to ask your opinion about the structure of my proposal before I start writing it. My main question is, do you think it would be better to put the pilot experiment full results and only a description of the second experiment (without its results) in the proposal or do you think full results of both experiments should be in the proposal? If you prefer the latter, then does it mean I'll need another third experiment for the final dissertation? There are more analysis that I can do (and I am doing) on different aspects of the second brier viz data and they can definitely provide sizable content for dissertation.*

*Also, in case you had the chance to present our work in either of your last Thu meetings and there were any feedback and comments, I'd appreciate if you share some with me.*

*Thanks,*
*Amir.*

His response:

FILED

FEB - 9 2017

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*Thanks Amir,*

*I am fine - thank you for asking.*

*Re your question below, I think you can "mention" the first experiment as a pilot experiment in your dissertation proposal, but you should present the recently completed experiment as "Experiment 1." It has the type of control (etc) needed for a dissertation (e.g., not done over the internet) and is of course a sophisticated study in itself.*

*Your diss proposal should be an intro chapter, a background chapter including lit review, and then the first experiment where the pilot experiment is mentioned in the method section, not as a study in itself, but as a "test of concept" for the full Experiment 1.*

*Then, there should be a final section/chapter where you propose at least 1 (if major), and perhaps 2 (each less major) studies to complete the dissertation.*

*In the meantime, please focus solely on a complete write up of Experiment 1. We will need this for the final report for the contract.*

*I hope this works as the basis for an initial discussion. Please let me know of your thoughts regarding the composition of your PhD committee.*

*Thanks,*

*Alex*

---------------------------------------------------------------------------

Accusing me of disobeying him, with the evidence of how all my decisions had been approved by him numerous times, and then blaming my disobedience as the reasons for "THE number" being low and accusing me for the first time of looking for excuses to not work:

On Jan 23, 2013 in slide 3 of the email I sent to him regarding the experiment design there was this clear suggestion about how we randomize questions:

- *Questions are asked in a random order for every subject. This is to avoid confounding the levels of question difficulty with the feedback effect.*

His response same day:

*Thanks Amir,*
*Nicely documented............ I will have feedback in detail in your inbox Sunday night/Monday AM. But upon my cursory review, things look good, so keep moving ahead*

My response:

*Thank you Alex, so I will ask Andrew to use the current version for now.*

And then next day based on Mr. Kirlik's green light, I sent this to our programmer Andrew and cc'd Mr. Kirlik:

*8-Unlike the pilot test, the 40 questions will be asked in a random order from each subject, so it is important to record the question id.*

And then again on the same day I sent this to both our programmer and Mr. Kirlik

*let me revise item 8 as this:*
*8-record both the question id (how we number the questions), and the asking order (the number showing the sequence that the user saw them).*

Our programmer responded affirmatively to both me and Mr. Kirlik and then MR. Kirlik responded next day on Jan 25 which shows he had been following the line of communication:

*Many thanks Andrew!!*
*Alex*

Of course despite his promise of Wed Jan 23 to give the final approval by Sun (Jan 27) or at latest Mon (Jan 28) morning, as was his habit, Mr. Kirlik never did what he promised, so on Feb 10, I sent him this and urged him to respond, and remember this is his level of negligence when we still had a team and hierarchy and people who kept him accountable and most importantly a hard deadline to submit results to IARPA, after our team and funded ended, and after my refusal to fraud, he became absolutely responsive when it was only me the powerless graduate student versus him the almighty.

*Hi Alex,*

*I hope you are doing fine with the storm situation and thank you in advance for your time in reviewing the HFES proposal I sent to you yesterday.*

*Andrew is almost done with implementing the changes I had asked him, so if you had the opportunity to approve the design of the 4 conditions that I sent you (which is in most part like the pilot material) and the 45 questions I sent you (with the idea of giving you the option to drop your 5 least favorite questions and keep the best 40 out of 45), I think it would be best if we can plan to start the experiment no later than the last week of February so we can hopefully finish the test before the spring break and that way we will have enough time to meet mid Apr hard deadline for our results.*

*Thanks,*
*Amir.*

Obviously I was being polite by trying to make it look like his unacceptable long delay has been due to a storm, and not his fault, and secondly I reminded him of another new responsibility (a proposal for HFES that I had sent him the day before and he had not acknowledged yet). Amazing how he seizes that excuse of a storm to justify his delay and carelessness, and happily tells me that on such an urgent matter, which according to his own promise he was supposed to read those few slides and respond in 3-4 days, after 19 days, still he hadn't read anything, so now the only thing my reminder did was to elicit another promise from him about reading those, and of course him refusing to promise an email response this time, but instead asked me to make a phone call which as turned out later was a great strategy to cover up the fact that he hadn't read those.

*Thanks Amir,*

*Have this, and also the latest HFES proposal you sent. Have had some delay due to storm. Now back home here and with intenet and power.*

*Tomorrow I will work first on the expt design files you sent. I think it may be most efficient for me to study them and then for us to have a phone discussion. Are you available sometime early afternoon tomorrow (Monday)?*

*Then, I will start editing the HFES proposal,*

*Alex*


Now as an example of how I (according to his frequent accusations) allegedly looked for excuses about my medical conditions to not work, let's see my response to him in exactly 28 minutes in which I make an excuse to not talk in the morning but in the afternoon:


*Alex,*

*Tomorrow will be a little busy for me, I have a meeting with my attorney at 9 AM, see my physical therapist in Bloomington at 11 and then we have to drive to Peoria for a doctor appointment at 1 pm, we should be done by 2 pm and I will have my computer with me so anytime after 2:30 pm CT up to late night works for me.*

So in a day that I have all these previously made appointments, I (the lazy one) am so committed to my research that I suggest to take my laptop with me to a different town so that right after my visit to my hand surgeon (disfigured in a car accident) and not later in the afternoon when I come back home, I can have a skype with my advisor with no time wasted.


So we finally talked on phone, in that phone conversation he asked me to remind him why we wanted to randomize the question order (another sign that he had never read the slides), and I explained it again, and he agreed to it.


Two days later on Feb 13, 2013, he sent me an email, but only to suggest dropping something else (post-tests), still no mention of randomization.


30 days later on Mar 13, 2013 when I was in the last days of wrapping up my 3-weeks long experiment, I sent this email

*Alex,*

*As we approach the end of our experiment, I thought it is a good time to start brainstorming about the data analysis.*

*Particularly, given the 4 groups (2 by 2 design) I am thinking what kind of Anova (if any) we should use.*

*Another way I am looking at the problem is given the feedback being provided after blocks of 10 and total of 40 KBQs, feedback effect (if any) will probably resemble an upward step function.*

*I appreciate any help and advice that you can give me in choosing the method of data analysis.*

*Thanks,*
*Amir.*

Obviously my email shows three things, first that I was a proactive advance planner and committed to my work, so while I was still busy running this mega experiment, I was already thinking about the next step, second that I had a pretty good idea of what I needed to do, and third that I was respectful enough to ask my advisor opinion about any specific request that he might have in terms of data analysis.

First half of his response was relatively sarcastic and redundant with unnecessary reminders about the most obvious things like calculating mean and variance that any freshman student knows he should do on any data, but in the second half of his email he quickly jumped to the issue of randomization which was NOT even the topic of my email.

Even more interestingly he first accused me of deciding on my own to randomize, and then towards the end of his email he asks me to remind him again (as demonstrated before this could be the fourth or fifth time I explained it to him and every time he had implicitly or explicitly agreed to my reasoning).

This shows how this man was a masterful fence sitter, on one hand he had always approved the theoretic reasoning of mine behind the randomization, on the other hand he had not read our design and therefore kept forgetting why we did what we did, and then he had delayed or refused to give me his final approval by email and asked me to call him instead just to give himself more freedom and less track record, and now still not being sure what the data would reveal he wanted to blame me with a soft "I said so, and you didn't listen", and then as we will see later after the results came in he switched to a much harsher "I said so, and you didn't listen" approach and used that to intimidate me and subdue me to accept his fraud suggestion.


*Amir,*

*One should always graph one's raw data and calculate descriptive statistics (means, variances) prior to performing any inferential statistical analyses (e.g., ANOVA). One decides whether or not to perform inferential statistical procedures, and which ones to perform, based on first looking at the data purely descriptively. This applies across the board for scientific experiments generally (with a few exceptions).*

*As such, your first step in data analysis should be to graph the performance of each of the 4 groups (2 x 2). Naturally, you will want to do some aggregation first rather than graphing a Brier score for every question answered, and the most natural way to first aggregate is to Brier score every question and then take an average over subjects per condition (but see note below on doing this average per "bllock").*

*Because you decided to randomize the order of the questions, we would not get a clean graph of performance per question as we did in the first experiment.*

*As such, I suggest aggregating Brier data per block, where there are four blocks: trials 1-10, 11-20, 21-30, 31-40. This should average out some of the question by question variance.*

*So, the first graph I would like to see will have "Block" (1, 2, 3, 4) along the X-axis, "Avg Brier Score" on the Y-axis, and will have 4 "lines" connecting the 4 "dots" for each of the 4 experimental groups. Use different symbols for each of the 4 groups, and perhaps different line styles (colors would be best) to discriminate the lines.*

*Although we do not expect (hope) for this, if this graph shows all 4 lines neatly superimposed upon one another, there is no reason to even consider submitting these data to inferential statistical analysis (at a global level in terms of Brier scores). You will need to calculate means to create this graph. You could also calculate variances (etc.) and create "standard error about the mean" error bars for each data point. But just plot the means first if doing the error bars adds significant time.*

*You could do analogous analyses with running bank balances, etc., but these values should be redundant upon Brier scores.*

*Please remind me why you wanted to randomize the question order. Your answer to this could help me think through how to do any inferential stats if there is reason to do so.*

*Thanks,*

*Alex*

My same day response to him was:

*…the major reason for randomizing the order was to prevent the effect of the questions difficulties (which were in a very broad range) confound the trend of improvement that we like to see in response to feedbacks.*

And he responds back same day:

*Thanks, and understood…..*

On Mar 25, 2013 I sent him this email in which once again I expressed my interest in doing more work on our line of research given how promising our research was, and given that our funding was about to end in 2 months and he had mentioned to me that he thought I didn't need to do more experiment and he thought indeed with experiments that I had already done I was done for my PhD, but I was so excited to do more work that I still hoped that perhaps if I can find new funding may be he would allow me to do extra experiments.

*Alex,*

*What is your opinion about submitting a proposal with a title like "achieving accuracy/reducing overconfidence in forecasting problems" for this fund? This can be used toward our next step experiment without any reference to our previous works for the IARPA if it helps to avoid any issues with IARPA.*

*In case you are OK with it, please let me know ASAP by email or by calling me at 217-417-3736 as the deadline is tonight and I will need some time to submit it.*

*They need two graduate students that I thought can be me and a friend of mine from the department of Economics who has expertise in Econometrics. They also need two faculties which can be you and someone else you suggest or if you don't have anybody in mind, I can put the name of Professor Joe Mahoney from the UIUC Business College.*

*Thanks,*
*Amir.*

His same day angry response was the following:

*This is a high profile strategic initiative that the faculty have be teaming on for many months. Various proposals are in their 5th through 10th stages of iteration and refinement. The idea you put forward has a zero chance of success.*

*You, instead, are in the midst of a dissertation. You have a decision to make about your priorities, and I suggest you discuss it with your family. This was not the year for you to take Spring Break off from work.*

*For the ANOVA, the downside of the experimental design is that, due to randomization, there is no way to subtract the variance in performance on questions of various difficulty from the error variance, Instead, it will all be considered to be error variance. I thought we had agreed that you had my permission to randomize question order but ONLY to the extent that participants in each of the 4 groups would at least have identical question orders. Apparently this did not get though to you. IF YOU ARE GOING TO COMPARE 4 EXPERIMENTAL GROUPS THEY HAVE TO BE IDENTICAL IN ALL WAYS EXCEPT FOR THE WAYS IN WHICH THEY ARE 4 GROUPS RATHER THAN ONE. Read that previous sentence enough times so that it becomes obvious to you that you never should have allowed the 4 groups to differ in any possible way other than whether they were in one of the 4 cells crossing the 2 slider tools with the feedback/no-feedback manipulation. I would never have given approval to you introducing additional differences between the 4 groups above and beyond which of the 4 groups subjects participated in. This is the Nth time you have thought you have "known better" than me and I am at wits end trying to get through to you.*

*The upside is that the data will be easier to analyze, even if there is less chance that results will be significant, due to the needlessly large error variance we have to fight due to over-randomization.*

*Just do a standard 2 factor ANOVA. This is not for the time course of potential learning, but simply a 2-factor ANOVA to see if the 4 conditions differed. For a initial phase of the analysis, just do the following and see what happens. Based on the results we may need to go to a Plan B:*

*Simply calculate an average Brier score for each of the 19 subjects in each group over all 40 questions. Each of these 19 Brier scores will then be 1 "observation" for each of the 4 groups, so you will have 19 observations (data points) for each of the 4 groups. Submit this to a standard 2-factorial ANOVA (even Excel is probably able to do this) and see what you find. You are looking for the significance of the 2 main effects (slider condition, feedback condition) and the interaction effect.*

*Based on these results, we may or may not need to go to an analysis where the Brier score for each question, not the average Brier score for each subject, is an individual data point (the right way to go, but I am not encouraged that you have learned enough statistics to do this analysis). It is the right way to go in the end, given the cards we now have been dealt.*

*Also, please prepare descriptive stats for each of the 4 conditions that are NOT in terms of percent improvement (which cannot be added or averaged, as they are relative to the _specific_ comparison you are making). Instead, we need graphs of average _actual_ Brier scores for all the 4 conditions, with means and standard deviations. We will be able to visually make evaluations of the percent "improvements" in the various conditions from these means and standard deviations. But your descriptive statistics should NOT be in terms of*

*"percent improvements" but instead in terms of raw data- i.e., the Brier scores themselves.*

*Alex.*

This email shows 6 important things:

first that yet again he shows that he doesn't believe that I need more experiments for my PhD, as he denies my request for doing more experiments with new funding and reminds me that my priority should be finishing my dissertation, and not more experiments, something which he had said to me over and over. Of course this was not due to his care for me, but due to his care for himself to wrap up his business with IARPA successfully by making me write the best report possible (which he insisted that it will be my dissertation as well, to make it look like I was writing my final extended report for myself and not for his business with IARPA), so that he could move on to his next million-dollar project with NASA.

Second, that once again he accuses me of looking for excuses to not work while as I explained in my following email response, our 3-week long experiment marathon just ended on the last business day before the break (i.e. Fri before the spring break) and on the first business day after the break (i.e. Mon after the break), I had data analysis ready. So how could I have taken the break off (let alone that it is illegal for any supervisor to expect any student to work during the break, and technically I didn't need to justify taking a break had I really done that) and still have my data analysis ready between Fri before the break to Mon after the break?

Third, that despite numerous times that he had asked me to remind him why we needed randomization, and numerous times that he had replied "understood, thanks" (shown before), yet again he feels free to blame me for supposedly randomizing against his orders!

Fourth, even worse, since he could not deny that he had agreed to randomization, he resorts to a lie that makes him look both unethical and naïve. On one hand he claims that he had strictly ordered me that groups should have no difference in terms of question ordering, and my randomization had violated this order of his and resulted in making groups different!  Then somewhere else he claims that he had only asked randomization to be between groups, meaning that members of each group receive the same order, but this order being different between groups. Anyone even with no background in stat can understand that if the goal as he correctly says and I agree is to have maximum possible homogeneity between groups (except for the different treatments), then having homogeneity within groups, and heterogeneity between groups, is worse than having individual randomization which creates heterogeneity within and between groups. So what he later cooked up as his order (supposedly given on phone, how interesting that he never shared that order by email), indeed would have made matters even worse. So in summary I did not violate his orders, because thanks God he had not given that order, because if he had indeed given that order he should have been required to retake intro stat courses. He had not given any order, he had just repeatedly asked me why randomization was necessary and every time I explained it he just agreed to that.

Fifth, despite his unethical effort to throw me under the bus for the significance number being low and making strange lies to make it look like "he had said so" and "I had not listened", I always remained professional, and polite to him as you can see, and made it look like I might have misunderstood him, while he was clearly clueless about what he was talking about.

Sixth, right from that point he started looking for plan B, and ways to make our number look better, which ultimately turned out to be his solution of fabrication and massaging numbers.

Then as if he had not insulted me enough in his email, he asked me to give him a call, and he felt free to tell me things that he couldn't put in email in that long phone conversation, things like I am an stupid Iranian student with no clue on how to listen and respect an American professor, I must be hallucinating due to medication that I take after my car accident, that I I am hard headed and too old to be able to even learn how to listen and obey superiors, and making me responsible to sit and think about how I can "adjust" and "make corrections" to the

data and perhaps "delete" some of the subjects to correct the problem that I had caused. From that point on, my response to his multiple fraud suggestions was to try to bring others to the scene, to demand that any change that we want to make in data should be approved by our broader team and by our university ethics office, and this was often enough to make him change the subject which gave me hope that he was over it and would forget about fraud, which of course sometimes he did, but the problem was that my refusal made him so angry at me and then started to practically make himself unavailable to me and stonewalled me.

After our phone call, I sent this email to him, in which I tried to remain as professional and scientific as I could and not make it personal, and at the same time trying to cool him down:

..........

*I was not spontaneous enough to think about it when we talked today, while I realize the unwanted consequences of randomization, if we wanted to do any randomization which we had agreed to do to avoid the problem of confounding the question difficulty levels with feedback effect, then this randomization had to be done within conditions, a randomization between conditions, i.e. giving the same order of questions to subjects in each group wouldn't serve that specific purpose of ours.*

*On the issue of work I am sure you understand that the end of our data gathering was on last day (Fri) before the break and with today being the first day after the break, had I taken the week off, I couldn't have any result today. While I appreciate all the help and support from Andrew and Scott, I have to tell you now in my defense that I spent lots of time to cross checks lots of different things to figure out some mismatches and then only when I found the root causes and contacted them they admitted the mistakes that had caused the mismatches and then I had to allocate more time to correct those issues. I am not writing this to complain about them. I understanding that mis-communication is inevitable in any teamwork and I highly appreciate their sincere help. but in spite of all my lengthy explanations there were many cases that my instructions were not followed and then by not even receiving the report of the problems, I had to allocate double time to guess the problems, ask them and then upon their confirmation correct the course. I'm saying these just to explain how in this week I spent days in making our data usable and then analyze it.*
*I have always had respect for your instructions and ideas, if there has been cases that I have missed any of them, I assure you that it hasn't been because I thought I know better. While I have done my best not to allow the turbulences that I have experienced lately to affect my work, I admit that there may have been cases that I should have sought your opinion more explicitly like the case of this randomization.*

*Thanks again for all the time and effort that you are doing for our project,*
*Amir.*

While I had selflessly and almost single handedly ran Mr. Robert Deloatch's experiment (his master thesis project) for him when he was away just two months before this and Mr. Kirlik himself and Mrs. Jennifer Tsai, our senior PhD student had both thanked me for my hard work on Mr. Deloatch experiment, now despite running a spotless experiment with almost no reciprocal help from Mr. Deloatch or Mr. Kirlik or Mrs. Tsai, suddenly because of our significance number not being as high as what Mr. Kirlik would have loved it to be, and with the hope of subduing me to submit to his fraud orders, and despite the fact that I first said nothing about anyone else's mistake, because I considered them natural in such a big project), suddenly Mr. Kirlik had decided to crush me, insult me, call me a failure, and make me personally responsible for what naturally happens in many studies, i.e. significance level not always as high as we love them to be.

His racial, age related, and medical condition related insults after that phone call only got worse over time and later in our relationship in the years to come, it got so bad that what he said in our phone conversation in Mar 2013 was nothing compared to them. At least in Mar 2013, there was no mention of words "Shit" or "Fuck" in his vocabulary, perhaps thanks to us still being under a supervised team, but as his life drama and divorce sunk him further down to the bottom, he became wilder and wilder and felt free to say anything to me about me and even members of my dissertation committee and the academic community in general, as later he used more threats and not just insults, as he threatened me that there will be "huge consequences" if I don't do what he wants and "no one can do shit for you" and "if you think anybody can come to your rescue, you the stupid

Iranian student, against me the well stablished American professor, you are thinking way over your head", and "that is just another sign that you don't know how the system works".

In most of our phone conversation or face to face meeting after that he used the same themes of insults and threats and degradations against me, some of the more salient cases of our interaction that for different reasons have been memorable for me and are example of his threatening and fraud-demanding behavior were as follow:

1-Dec 5, 2013 in my prelim day after all committee members left the room after congratulating me for passing the exam, he started to shower me for almost 80 minutes with insulting language and physical gestures of attack and long, strong, and detailed "stay away from me and every other committee member, until I want to see you again" orders.

2-Sep 17, 2014 following me sharing the news of my suicide with him hoping that he'd stop his quarantine orders and retaliation against me and allow me to finish my PhD, he in a softer in tone but still hard in nature position repeated that he hope we can both learn to help each other and not be hard headed and take things easier, this time due to my recent suicide he didn't dare to talk explicitly about fraud, but made implicit reference to that.

3-Oct 13, 2015 (in person meeting), in this meeting which based on his request, not very surprisingly happened in the busiest corner of the campus outside a coffee shop, on the corner table where no one could hear us, he first tried to make me ethically equal to himself by suggesting that I had done fraud in my dissertation, when he said "I am under pressure to let you go, and you know that we have had issues in the past, and your dissertation is too good to be yours, but I am not going to make a big deal of that, and I am going to close my eyes and I will let you go to the final defense so if the committee approves you can graduate", and when I objected to his suggestion of my fraud and said that if I wanted to do fraud I could have published many papers and graduated long time ago, and insisted that my dissertation is definitely the work of myself, he laughingly took back his word and said "I meant too good to be yours as a complement" and assured me that he will schedule the final defense!!

4-Oct 16 2015 (by phone), he urged me to take his offer for a Master degree instead of PhD, and consider his generous offer seriously, because otherwise I have a lot more to lose. And when I asked them how do you go from your promise of 3 days earlier about my dissertation being (too) good and worthy of going to PhD final defense to considering even a Masters degree too generous for me, he simply responded that this is "in light of new information revealed to him", and when I asked him to specify what he meant by that new information, he proudly said that the new information is that he had learned (through the instigative intervention of Mrs. Holy Kizer and Mr. Sreenivas, both ISE department employees) that I had asked the Economics Department to give me a Masters for courses I had taken there a decade ago. If we take his word and Mr. Sreenivas word in face value, then obviously this shows how their judgment to dismiss me from PhD was made based on a totally irrelevant issue that had nothing to do with my PhD and my dissertation, but as I have explained in Document D, the real reason for my dismissal was not that, but it was indeed a retaliation due to Mr. Kirlik learning about my whistle blower activity shared by Mrs. Kopera to Mr. Sreenivas and him.

He, however was wise and cunning enough to not totally make me hopeless and therefore flip flopping between threatening behaviors and extremely apologetic behaviors, because as I understand now, he knew that if he fired me right away after first suggestion of fraud, I might immediately file a fraud case against him, so instead he made himself less and less available to me and occasionally very apologetic to me and at the same time made it look like he was my champion against the evil forces in my dissertation committee. For example, in these times he apologized to me so much for his past behaviors, he mentioned it over and over that life has dealt him bad cards and he has to play given the cards that life has dealt him, that he had no excuse for his behaviors except to say that he is a human and human makes mistakes, and asked me to give him a break and trust that if I give him time he'd come up with a plan for my graduation as no one can possibly forget the great admiration that my research had attracted.

1-In Oct 2013, during our joint time in HFES conference in San Diego, our constant encounter was inevitable, and was always friendly in front of others, so because Mr. Robert Deloatch and Mr. Kirlik's other former students were around too, he became friendly, bought us a beer, and when I asked him when he was going to

let me form my dissertation committee and take the prelim exam, he agreed to do that once we came back, probably the only promise of his that had ever come true for me.

2-In May 5th, 2014, after he had ordered me to stay away from him (and other members of committee) until he wants to see me again and when he asks to see me again I better have some good designs for him (this decree of his was issued on Dec 5th 2013). I waited for months and he didn't ask to see me, so I sent him my work anyway, he responded by nothing but "I get back to you", when he didn't get back to me, I sent several reminders which he never responded to, so after several attempt to see him I could find him in his office hour for his undergrad students, due to 6 months of keeping me away and empty promises of responding to me, he was too ashamed and apologetic at first, but then quickly went back to his threatening style, and then towards the end again became nice and agreed to let me do both experiment and publication, but the next day, he sent me an email which was in violation of everything he had promised the day before, and yet another clear sign that he just wanted to start a new round of his hackneyed stonewalling game to waste another year of my life going after never-ending half-finished circular imaginary goals.

Amir Marmarch:          2/9/17

**Document C: Evidence of my beyond-expectations work, in addition to the evidence of how another American student was treated more favorably**

**In this document I mainly use emails of Mr. Kirlik himself to show the following:**

**Part 1) Summary of my achievements despite Mr. Kirlik's retaliations and stonewalling tactics and how I was proactive, work oriented and meticulous, while getting runaround from my advisor, especially after refusing his fraud. I am also presenting evidence of how another American student of my advisor and my colleague, Mr. Robert Deloatch was treated more favorably than me.**

I started working with my advisor Mr. Alex Kirlik since mid-2011, under a project called ACE funded by IARPA. I, another graduate student Mr. Robert Deloatch, and Mr. Alex Kirlik my advisor, and several other occasional undergrad helpers all worked under a broader team of scientists from MIT, and Draper supervised by Dr. John Irvine. Our funding ended in May 2013, but our responsibilities to IARPA didn't end immediately, as we still needed to submit final reports, papers, etc.

In 2012 and part of 2013, my work was repeatedly admired by our broader team and even my advisor, just one these admirations is here:

My advisor was often negligent, and careless to respond to me, while being nice and attentive to others and I always had to push him for letting me do my work, these pushes of mine worked partially when there was a team, funding, and supervision above him, but after the team was gone which coincided with his fraud suggestion that I refused, he became absolutely wild, and punished me by ordering me to not even contact him or not responding me altogether.

**Example:** I had sent him some experiment designs that needed his approval. This was his response in Oct 3rd, 2012, as usual with a promise to respond "very soon":

*More very soon Amir - we are still in active discussions on this. I wanted*
*you to know that we received your responses and are considering next steps.*

*Thank you very much or having the meeting, the discussion, and communicating*
*the results.*

*Alex*

12 days passed and he didn't respond, so I sent him this nice reminder on 10/15/12:

*Hi Alex,*

*Just wondering if everything is fine in terms of our approach and timing of our experiment. I think we can still make the December deadline if we can start hiring as soon as possible.*

*FYI, I've finished the R program ......*

*As far as designing our questions, specially IFPs, I need the finalized decision about the timing of our experiment so I design new IFPs accordingly.*

*Thanks,*
*Amir.*

Another 16 days passed with no response from him, so I sent him a second and last nice reminder on 10/31/12 which of course didn't ever receive any response either:

*Hi Alex,*

*I hope everything is well .......I understand that you may have lots of other projects and responsibilities and since you had said before that I'm in charge of making the Brier Viz project happening, I just wanted to ask if there is anything that I can help if you are busy these days. If Andrew is no longer available and you think hiring someone else is necessary, please let me know if I can help in advertising or the initial works of hiring a CS undergrad here in Champaign.*

*Best regards,*
*Amir.*

It was with such lack of cooperation from him that I could push my works and experiments to such an excellent level that at the end of our multi-year project and among over 50 similar projects, one of my works was selected as the featured project of our entire team of UIUC, MIT, Draper by Mr. Jason Matheny, then the program director, and now the director of IARPA. Excited from my successful experiments, it was always me that urged him to allow me to do more and more experiments, but his response was that because of the following 4 major achievements of mine (among many others), I didn't need more studies/experiments, and he just kept saying that all that was left for you from PhD is to write your dissertation!

I)   my ground-breaking theoretic contribution in decomposing scoring rules, scoring rule is an almost 60 years old topic and in areas this old, it is very hard for anyone to have something new to say, but according to everyone I have ever met in conference that eagerly ask me why I am not publishing such interesting work and according to my advisor himself that said once in his good mood day: "Amir, these are not regular people, these were the big shots, the best of the best, but when I explained your decomposition to them everybody was looking at me puzzled with wide open eyes". Needless to say this was a discovery totally made by me, and my advisor had absolutely no role in it, but I have never had a chance to publish or present it myself anywhere. For a while my advisor couldn't even understand my discovery, but after a chain of emails I could help him figure it out, and he finally got it, and then he started presenting it everywhere without my knowledge or my presence.

II)  my primary role in the NCAA forecasting experiment in 2012 (which I selflessly allowed to become the Master thesis of Robert Deloatch despite the fact that I indeed had the primary role in that experiment and Robert was out of town and busy with family issues at the time I ran the experiment from brain storming to posting flyers to supervising participant to data collection and data cleaning). Something for which even our other senior colleague Mrs. Jennifer Tsai and Mr. Kirlik himself thanked me.

Email sent by Mrs. Jennifer Tsai to me:

*You're doing a great job with all this work btw. Feels weird for me not to be doing more, .......*

*Jennifer*

Email sent by Mr. Kirlik to Mr. Robert Deloatch and me indicating my primary role in what was later described as "Robert's experiment":

*Hello Robert,*

*I hope things are OK there and with you and yours.*

*We decided to simply use the MIT Brier (verbal) instructions as the graph was still a work in progress, as you may have seen from previous emails. The upside of this is that the visual portrayal of Brier may merit its own experiment, and that it's better to not test too many things at once. We have enough manipulations in the NCAA tourney as it is.*

*Amir seems to have the schedule all set for at least all the Ss who are providing data prior to the brackets being announced Sunday. So rest easy and travel safely, and we'll see you upon your return.*

*I'll turn you over to Amir for any remaining questions: Amir, great job getting everything ready to go in time for Friday 10am!*

*Alex*

III)     Our successful 2012 Brier visualization experiment. I did this experiment in the midst of my serious car accident that resulted in my long hospitalization, many broken bones, and joints, and fingers, and lacerated hand and leg, permanent hand disfigurement and permanent loss of nerves and tissues of my wrist, followed by 2 months of my hand in cast, and 10 months of physical therapy just to recover partial motion (never fully recovered my hand motion and strength). I did most of the work of this experiment with my hand in cast, and with some of my fingers not moving at all. And suffice to say that one hand is not even remotely half as good as two hands when it comes to working with computers, as a single hand that has to fly over the keyboard is 10 times slower and get fatigued 10 times faster. (Of course there are not things that I had ever mentioned to Mr. Kirlik or to anyone in U of I to get any sympathy, but now that I see I have been accused of not being committed to my work, I feel I have to explain how and under what conditions I worked so hard and never missed a deadline and it was always me pushing for my work and my advisor evading)
In this experiment and the next I was the one and only owner of the research work and it wasn't like the NCAA experiment that two people (me and Mr. Deloatch) jointly did. Mr. Kirlik insisted that I have to take an (unpaid) leave to recover from my injury, but I insisted on coming back to work ASAP as seen below, but all these didn't prevent him from accusing me in the subsequent years that I am the one looking for excuses to not work!   This hard-earned study was ironically the same one that Mr. Kirlik later ordered me to censor it, and totally drop it from my dissertation!

Email sent by Mr. Kirlik to me after I informed him that I was released of hospital that shows how the audience at IARPA (both academic and intelligent community) had found my designs interesting.

*Amir,*

*Given the possibilities, I am extremely pleased to hear this news that you have now been released. The accident and aftermath…..Feel free to update me whenever you wish. The audience at the IARPA meeting was extremely interested the design for the Brier viz and especially, the feedback display page.*

Then in another email he sent:

*Can you provide me any information (I understand that it may be too*
*early to do so) about when you think you might be able to return to*
*research here at UIUC, assuming you still desire to do so?*

My response shows how I urged him to let me work even on my unpaid leave and how I tried to talk only positive about how fast I am recovering and never tried to avoid work:

*Alex,*

*I appreciate…. I cant wait to get back to this research, specially now that our experiment allows me to contribute more to it. Doctor said my fractures and skin graft have been succesful although my left hand fingers still don't move and my left hand  will not look like before unless we do a more complicated plastic surgery (involving some flesh transfer) which is something that I have to think about later.*

*My speed of recovery has been good and looks like I should be able to start doing some work at home in a week (possibly starting to create more IFPs) and in 2 weeks I should have good mobility.*

*Also if the dynamic interface programmer could be hired now, something that I could do while I'm semi-active is to take the responsibility of communicating our demands via email with him/her any time now. If our schedule allows the hiring and given that I don't have any background in dynamic graphical interfaces, that would be a good progress toward our project.*

*Thanks again*

**His response was:**

….it still seems to me like you have recovery to do. I would suggest that you please discuss this with your docs/wife/family. We do have some work that needs to be done (e.g., creating a list of IFPs,  …), but I think it could be counter-productive to your recovery to put you back on the payroll too soon, as I do not want you to feel an obligation to work while you still need to be healing.

This email leaves one wondering if he was genuinely worried about my health, or about me receiving a student salary without working full force, I prefer to be optimistic and believe the former, but then for someone who always pictured his medical conditions positive and rosier than it was, and came back to work as soon as he could during unpaid leave and still with a hand in cast, and never missed a deadline according to Mr. Kirlik's own confession, and did an admired work, it was heartbreaking to be repeatedly accused in the years to come that I was the one "looking to make excuses from my health condition to not work", while it was indeed Mr. Kirlik who kept referring to the issues involving his divorce, step-dad, mom, sisters and others to justify his multi-months long nonresponsive disappearing periods.

**My response:**

*Alex,*

*I visited my surgeon in Peoria today again and he was happy with my recovery, my feet and overall health condition is very good and the only major remained problem is my left hand splint which will be with me for a while but will not prevent my research work too much since at this stage we have things to do like IFP, KBQ or reward design and not much of heavy typing that*

*can't be done with right hand only. So given the medical condition and after talking to my wife, Jun 1st looks as a practical day for me to begin work.*

*….Amir.*

IV)     Visualization and feedback 2x2 experiment (in which again I was the sole owner of the research, this study received most commendation, and was selected as the featured research among 50+ studies by IARPA's director Mr. Jason Matheny. This is what Mr. Kirlik later insisted on fabrication of its results to make it look even better, and when his request was turned down by me, he started to retaliate against me and ultimately committed the fabrication himself without my knowledge.

**One of the most notable evidence of my excellence is the Apr 2013 annual report of my evaluation submitted by none but Mr. Kirlik to my department in which he had stated that I was done with my PhD studies** and experiments and ready to graduate once I form my committee and finish writing my dissertation. The same assessment that last time in our Oct 13 2015 meeting once again was repeated when he promised that he would help me schedule my final defense in a week, (he admitted that he had considered my dissertation ready for PhD graduation even after his termination in several of his Oct 2015 emails), but particularly in Oct 13 meeting, he confessed that "my dissertation was too good" and that "he'd allow my final defense despite pressures to let me go"!

But few days after that promise of Oct 13, 2015, he suddenly for the first time decided to stop acting as if he was my champion, and in a 180 degree change from his 2 days ago assessment of the great quality of my dissertation, and against his promise, for the first time ever he mentioned the T-word (termination). Shortly after that he stopped communicating with me, on Oct 30, 2015 I got a letter that effective the end of 2015 I'd be terminated as a PhD student.
I immediately filed a grievance against my termination with the Graduate College of University of Illinoi in Nov 2015, it took university almost a year to look at my grievance until they ultimately rejected my grievance on Aug 30th 2016 and denied my request for my case to go to a panel of academics in U of I which is an option predicted in the University handbook, but the choice of allowing or disallowing that panel to form is given the dean of graduate students, Mr. Wodjko (who is a party of my case) and he didn't allow it.

**Evidence of how my work was higher in importance, size and content than the work of Mr. Robert Deloatch (and remember as I explained above with plenty of evidence what was later described as Robert's experiment was indeed done by me and I selflessly agreed it to be his thesis), yet when Mr. Kirlik suggested that me and Mr. Deloatch write a joint paper, he thinks it is fair that to decide who to be the first author we should use a coin flip, as if we have equal roles. This is a clear discrimination against me and favorable treatment to Mr. Deloatch given that Mr. Kirlik himself acknowledges in the same email that my work is so big that can be a stand-alone paper, while Mr. Deloatch's work is not, let alone the fact that I was also the one that had indeed done the so-called Robert's experiment.**

*Amir, Robert, Andrew,*

*The next meeting of the Human Factors and Ergonomics society (a conference with peer-reviewed and published articles) will be in the fall of 2013 in San Diego.*

*This paper will combine Robert's NCAA study and Amir's Brier viz study …..*

*I envision the order of authors to be as follows. As Amir and Robert are the lead investigators, they should be the first two authors, and we will flip a coin to see which of them is listed 1st and which is 2nd. ......*

*Alex*

Then in response to a question of mine, he says that he is OK if we wanted to make them two separate papers and this is where he confesses that my part is big enough to be a stand-alone paper, while Robert's is not, so then the question is how a 50-50 chance of coin flip would have been fair for a combined but asymmetric work, where you know that one work is not enough to be stand-alone, and the other one is "more than enough", let alone that the smaller work has also been indeed my work?

*.....These could very well be 2 separate papers. It is your call.*
*I just was not sure that Robert would have enough material in the NCAA stiudy for a paper on it's own*
*(I know there is more than enough material for a paper in the Brier Viz study.*
*But given these are relatively brier conference papers, perhaps with a little more discussion of the literature Robert's study could stand alone as a paper, and then we would have two, one with Amir as 1st author, the 2nd with Robert as 1st author.*

Even worse, the other dilemma is that while I had primary role in the so-called Robert's experiment, and he was not even in town when I did that NCAA experiment, my dear colleague Mr. Deloatch had zero role in my viz experiment, so even the second and more "fair" suggestion of Mr. Kirlik for two separate papers was highly unfair. How exactly Mr. Kirlik generously give Mr. Deloatch the right to be an author of my paper and to share the credit for my work? I suppose he'd say it is only fair just because I was an author of his paper!! Well, I had done something (actually the whole thing) to deserve to be on that NCAA paper, but he had done nothing for the viz experiment! So saying that it was fair to divide the credit (authorship) of two papers symmetrically between me and Mr. Deloatch, is like saying it is fair to share the total wealth of Mr. Warren Buffet and his neighbor in Omaha, NE symmetrically 50-50!

Ultimately Mr. Kirlik allowed Mr. Deloatch to earn a Masters degree with an experiment that was mostly done by me, but I was so selfless that I never wished anything but success for my dear colleague Mr. Robert Deloatch and I am glad that I could help him there.

And remember this Brier vis experiment of mine that Mr. Kirlik confessed that it was more than enough as a paper as opposed to Mr. Deloatch experiment/thesis that was described as not being enough for a paper, was not even my main 2x2 experiment, it was only my much shorter first viz experiment which Mr. Kirlik demoted it to the status of being labelled a "pilot" study, and then forbade me to even mention it in my dissertation, so let's do a little mathematical calculation to see if the content of all my work was indeed worthy of a PhD when content of Mr. Deloatch was worthy of Masters.

Lets assign Mr. Deloatch's experiment a value of 6 and see what value the whole body of my work receives then.

Mr. Deloatch experiment worth =3 (and let's assume despite me actually doing that study, let's say I only deserved ownership of 1 units of that work, and Mr. Deloatch received 2)

If Mr. Deloatch's "not big enough to be a stand-alone paper" is worth 3 points, then probably what Mr. Kirlik considers "enough" should be worth around 4-5 points, and since my first viz work was described as more than enough then my first viz work should worth at least 6-7 points. Lets be conservative and go with 6 points.

Now my second full viz experiment was at least 3-4 times bigger than my first viz experiment for many reasons like:

I)      It was done live, while the first one was done online
II)     It had two treatments of viz and feedback, hence a (2x2 design) with 4 conditions, while the first viz experiment had only two conditions.
III)    It had more than twice more participants.

So if my first vix experiment is worth 6 points, then my second experiment is worth between 18 to 24 points, lets be conservative and go with 18.

So my total points if we ignore all the theoretic works that I did, is 1 point from Robert's experiment+6 points from my first viz experiment + 18 points from my third experiment (second viz experiment)=25 points.

Robert's total points of 2 earns him a Master's degree under Mr. Kirlik.

Amir's total points of 25 is not considered enough to earn him a PhD under the same person (Mr. Kirlik).

This is a ratio of 25/2=12.5 for my work versus Mr. Deloatch's work.

Even if we say Professor Kirlik unjustly or through an innocent mistake considered all 3 points of Mr. Deloatch's experiment to be his and none of it to be mine, we are still talking about Mr. Deloatch's 3 points versus my 24 points, a ratio of 8 to 1.

I can't imagine any fair-minded academic person in this country or elsewhere subscribe to the idea that a PhD dissertation needs to be bigger than 8 Masters thesis combined. Indeed few people that I have spoken to regarding this ratio (without me telling them why I ask this question from them) all mentioned ratios between 3 to 5 as an appropriate ratio for the level of work of a PhD dissertation and a Masters thesis. So my 8 to 1 ratio actually makes me way overqualified for a PhD if Mr. Deloatch deserved a Masters for what he (indeed I) did.

Amir  Parvareh   2/9/17

**Document D: How my termination was a retaliation against my protected whistle blowing activity of reporting Mr. Kirlik's actions to Mrs. Kopera, and to the university ethics office, and my threat of reporting to IARPA.**

It is easy to see how plenty of hard and circumferential evidence leave no doubt that I have been the victim of a whistle blower retaliation and a fraudulent supervisor and a university system that covered up their faculty wrongdoings.

Interestingly, both Mr. Kirlik and my department dean (Mr. Sreenivas) openly confirmed in their emails and next day Mr. Kirlik also confirmed in our phone conversation that the reason they decided to terminate me from PhD (and instead offered me a demotion to Masters in ISE), was "the information revealed to them in the last 24 hours"!

At first, even I was fooled to believe their story that "the information revealed to them in the last 24 hours" was that "they had just learnt that I had requested a Masters from Econ for courses taken there a decade ago". This excuse was of course so bizarre, irrelevant and indefensible that at first I was both sad and happy that these people were so empty handed that they had to resort to such a poor and irrelevant judgment to terminate me.

But there is another part of the "information revealed to them in the last 24 hours" that they were probably not honest enough to mention, and here is that untold part:

In response to my refusal and my threats/suggestions of sharing what Mr. Kirlik wanted me to do with others, he had repeatedly threatened me that there would be huge consequences if I ever "overrule him" and talk about his orders with others even our research team, most explicit of them was in Dec 5 2013 after my prelim exam in which he physically and verbally threatened me.

After that meeting of Dec 5th 2013, and according to his "deadly serious" order for which I was asked to "open up my ears and listen carefully", I obeyed him and listened to his orders and did not bother him or others for a while, but he still didn't ask to see me, nor he responded (other than a short I'll get back to you) to me when I dared to email him in March very cautiously, and then I forced myself on a surprise meeting in May 2014 which resulted in nothing but him stonewalling me again the very next day by an email. This made me so hopeless that I committed suicide in Sep 2014. After recovering I gradually opened up and approached some faculty in U of I and shared some of what he had done, and asked them about what I could possibly do, they encouraged me to not be afraid of him, and just try to remain professional and approach him again and ask him about what other research he wanted me to do, but also they suggested I discuss things with grad college and my department head to have some witnesses in case he insists on fraud again and fulfills his threats. I had already discussed some information with department head and had received no action, but lots of sympathy which was not what I needed. So, following these encouragements I decided to report to the Grad college before approaching this proven to be dangerous man again. In grad college, I was asked to meet Dean Kopera (a defendant of my case) and shared with her some of the issues.

The decision to fire me was indeed cooked up in a meeting in Oct 14, 2015, which was "very suspiciously" shortly after my meeting with Mrs. Kopera, and of course the very next day after my meeting with Mr. Kirlik in Oct 13, 2015 in which he had promised to let me defend my "too good dissertation".

Hours before this rather unprecedented meeting of Oct 14 between my hard-to-find advisor Mr. Kirlik and Mr. Sreenivas from ISE, they had asked Mrs. Holy Kizer (another defendant with an old grudge against me) to provide as much information as she could about me to them and she went above and beyond to pile up any misinformation and disinformation and attach her own emotional opinions to that too, for example she certainly did a great job in negatively framing of my simple question (and not even the actual request) about the possibility of an Econ MS, when she sent them this:

   *"Below is additional information received today regarding Amir Marmarchi. I'm not sure what he is planning"*

Which then led to an unnecessary chain of emails between the trio of Mr. Alex Kirlik, Mrs. Holy Kizer, and Mr. Sreenivas, each contributing more drama and their unfounded guesses to the saga following Mr. Kirlik's prompt encouragement sent below:

*Thank you for the update Holly. As you know, I have a meeting with RS at 4pm today.*
*As the following seems to be playing out in real time, it will probably be useful to have*
*a summary of status on all this as of 4pm so it can also be discussed in our meeting,*
*Thank you!*
*Alex*

I had just asked one simple question about possibility of getting a Masters in Econ for those old courses, I had not even filed the official request for that. But in response to that question, Mrs. Kizer instead of objectively reporting facts and only "relevant" facts, went above and beyond and for the rest of that day bombarded Mr. Kirlik and Mr. Sreenivas with a minute to minute live coverage of breaking news (emails she received from Econ and Grad college) as if something dangerous was about to unfold.

Even worse she attached unnecessary phrases like "I'm not sure what he is planning" to make "my plans" look shady and dramatic just hours before that critical meeting as if she is about to reveal a coup plot and warn them that someone has to stop me from my evil plans and Mr. Kirlik of course also did a good job describing my question about Econ Ms. as something that "seems to be playing out in real time"!

It should have been perfectly clear to Mrs. Kizer and anyone else from the info that she had received, that my plan was nothing evil, but to lawfully request an "additional" Econ MS for Econ courses that I had taken in Econ department long time ago, but apparently Mrs. Kizer, Mr. Kirlik, and Mr. Sreenivas, each for reasons of their own welcomed as much unnecessary hypes, and live coverage drama and ambiguity as possible, and used those haphazard and unfounded guesses to justify their final action which was firing me from PhD.

Also Interesting how Mr. Sreenivas says below that they "thought" that I'd like termination from PhD and demotion to Masters as a solution, (who doesn't love termination?) and to them that "thought" was an actionable piece of information that they used to make an action of terminating me. But of course the real fact that at 7:07 pm they "understood" that I (like any sane person) indeed did not love to be terminated from PhD for which I had done great works, to them was just an after-the-fact piece of information, and not that important to make them take back the adverse action that they had taken earlier against me that day based on their wrong "thought". Then he "hopes this helps", by "this" he must be referring to his great explanation of how they just had an oops moment, which led them terminate someone from his PhD, but of course now things should be alright without them reversing their unfounded action!

*Amir:*

*Prior to my meeting with Prof Kirlik at 4:00PM yesterday, Ms Jodi S Miller and Ms Carol S Banks had contacted the Graduate Office of ISE on October 14, 2015 11:33AM to enquire about a transfer request to Econ We were given to understand that you contacted the Econ department to ask if it is possible to get an MS in Economics by this Fall*

*........*

*During my 4:00PM meeting with Prof. Kirlik, I was informed about the situation with your PhD — which you are privy to already I informed Prof Kirlik about your interest in an MS in Econ (see first paragraph of this e-mail) I told him that our office looked into your course work and that you could get an MS in SEE (after two 500-level non-ISE courses are petitioned to count for 500-level ISE courses) In light of your interest in the MS in Econ, we thought this might be a resolution that would be acceptable to all parties I was given to understand (via the 7:07PM e-mail from Prof Kirlik) that you found this resolution to be unacceptable*

*Hope this helps!*
*Prof Ramavarapu "RS" Sreenivas*

Here is the most important part: In this meeting according to both Mr. Kirlik and Mr. Sreenivas they deliberated about "the new information that has come to light" in the last 24 hours, and then they said because of "the new information that has come to light", they decided to terminate my PhD.

It is very obvious, that this meeting couldn't have been organized to deliberate about "My Econ Masters request" which later they tried to make it look like that "new information that has come to light", instead with high degree of certainty one can see that during this meeting Mr. Sreenivas must have discussed with Mr. Kirlik what Mrs. Kopera had shared with Mr. Sreenivas about my complaints, which then resulted in Mr. Kirlik quickly fulfilling his long-standing threat against me that he'd retaliate with "huge consequences" against me if I ever share anything about his actions and then they quickly terminated my PhD.

Retaliation against whistle blower is not just a guess, but the only plausible real reason for why such a hastily organized meeting of Oct 14, 2015 resulted in such a dramatic 180 degree change of my advisor opinion about the goodness of my dissertation. I mention here the 4 following reasons why unlike what they try to show, my Econ Masters request was not the reasons they terminated me, but indeed it was retaliation against my whistle blower rights:

I) a meeting couldn't have been necessary to process my request for Econ MS, a request that I hadn't even filed yet.

II) Mr. Sreenivas and Mr. Kirlik are two smart people, they can't be possibly so naïve to mention a question of mine about Econ MS as a basis for PhD termination, the fact they do however mention Econ Ms as the basis for termination and firing me, must be due to the fact that they are afraid of the consequences of telling the real reason (that I had reported serious issues of my advisor to Mrs. Kopera). Mr. Kirlik, despite being a master of politically correctness in his emails, due to his vindictive nature couldn't resist his temptation to remind me that he was a man of his word and I finally paid for what he had always threatened me to do. He of course did it in a masterfully vague and at the same time clear way to make it "crystal clear" (crystal clear was his favorite phrase whenever he threatened me) for me, but also leave room for denial for himself too, when he said:

*Since then, new information has come to light - not the least of which is your decision to decline the option that Prof Sreenivas and I worked on to create an MSEE option for you*

In this email (that you can see more of it below), he is clearly saying that first this change of opinion and my resulted termination is solely due to what had happened "since then" (i.e. in the last 48 hours) and this news is so big that he doesn't feel he can adhere to what he had committed two days ago, secondly he confesses that he had said to me just two days ago and lot of times before that, that he considered my research and dissertation as great, and third he cleverly says that his 180 degree change of opinion about my dissertation is due to something else (not the MSEE instead of MS in Econ which is only a wrong address to mask the true reason), but he is of course clever enough to know that he should not say that mysterious real reason explicitly in email.

Mr. Kirlik and Mr. Sreenivas both with a very odd degree of openness, happily, proudly, and vividly in their emails choose to look like the "bad and naïve judges who make baseless decisions" based on what they "though", because that is much better than being the "criminals who retaliate against a whistle blower", which is what they were indeed.

**III)** my advisor need to have received some really dramatic news to make him switch 180 degrees from describing my dissertation as "too good for a PhD and ready to defend", to "not worthy of PhD" in a matter of 48 hours. This change can't happen with no reason, and as explained above the reason can't be my question about MS in Econ.

**IV)** There has been no other event happening in that short window of time, except my Econ MS request and the revelation of my complaint to Mrs. Kopera, so Mr. Kirlik, Mr. Sreenivas and later Mrs. Kopera happily hide behind the former to make their decision look at least remotely like a (bad) academic judgment, and by giving the wrong address hide the fact that their real fear was the latter. You don't need to be a Dean to know that requesting a MS in another department is perfectly legal and standard in UIUC. So the fact that deans (Sreenivas, Kopera) and a full professor (Mr. Kirlik) openly and proudly mention my "Econ MS request" as the basis for their decision to terminate my PhD in their emails can't be a coincidence, a mistake, or a poor judgment on their side, but rather it was a well-thought concerted intentional effort to give wrong address about violating the rights of a whistle blower.

This is entire message of Mr. Kirlik to me after he surprised me by that sudden termination.

If you do, you will find that I was very careful to word my most recent email concerning my willingness to take the decision of whether your latest draft warrants scheduling a defense as a decision that I made and shared with you at the time of our 1 on 1 meeting on campus earlier this week
Since then, new information has come to light - not the least of which is your decision to decline the option that Prof Sreenivas and I worked on to create an MSEE option for you
As you know, it is a normative principle of decision making that the DM take all available and relevant information into account prior to making a decision It would therefore not be rational of me to feel in any way compelled to adhere to a decision I made and shared with you on Tuesday, given that I have yet to take any action on that decision, and it is perfectly appropriate for me to make this decision anew on the basis of the totality of information now available to me
Also, as Prof Sreenivas made crystal clear in his email, it is the PhD adviser's decision when and if to inform the student to share a dissertation draft with the committee for the purpose of determining if and when to schedule a defense IESE has made clear to me in no uncertain terms that it fully respects my autonomy as PhD adviser on this point Please ease read that very carefully

**Document E) Places that I spoke or filed or attempted to file or threatened that I'd file my complaints**

## Entities within UIUC

1-Spoke with my department head Mr. Nagi in Nov 2013 and then again in Sep 2015.

2-Spoke with some other faculty of University of Illinois whose name I rather keep confidential if the court allow between 2014 to 2016 who encouraged me to speak to the department head and graduate college.

3-Graduate College Dean Kopera whom I was meeting for the second time, as I had met her first in 2010 when I went to discuss another faculty's unethical behavior in filling out his own evaluation forms with an accomplice (the student who was supposed to take the evaluation forms and submit them), so this was second time that I was meeting her to talk about fraud by faculties, and this was before my termination, but Mrs. Kopera intentionally doesn't refer to this meeting at all.

4-Two different officers of two different units of the Ethics and Equity offices (a one-hour and a 2-hour conversation) I can probably find the office of these two university officials if necessary, but I can't remember their names as I just found them by asking without making an appointment.

5-Numerous times in conversation with my advisor, I tried to make him give up and change the subject by saying that if he asks me to make those changes that he suggested in the data I will have to talk to our team, or our Federal funding agencies (IARPA) or University Ethics offices.

6-GEO (Graduate employee organization)

7-After termination, I was also told that I can file a grievance with Dean Kopera, which is what I did in Nov 14th 2015.

8-and when at the end of lengthy and useless grievance process I learned that grievance did not address the fabrication at all, I immediately contacted University Ethics office again, but they didn't respond to my emails, and after I pushed them hard several times to take my complaint and left several messages, finally someone called and reluctantly said she can only take it on phone, but not by email, she carelessly asked some questions and then I haven't heard from them ever since.

## Outside University entities

9-EEOC (they don't have a link or email in their website for filing, instead they have a phone number that prompts you to leave your name and contact and promises to call you back. (no live person). I attempted to file in Sep 2016 and left a message), they called me back and said they do not let me file, because they don't take educational cases, only employment cases, I later tried to call them again and left them messages with the purpose of asking them about a possible notice of "right to sue" as they wouldn't take my case, but EEOC hasn't responded ever since.

10-Illinois Board of Higher Education (filed on 9/30/2016, after several round of asking me for more information they closed the case on Jan 2017 due to University of Illinois informing them that the case is in court)

11-IDHR (filed): first contacted them on Sep 16, 2016, then officially filed by mailing them the complaint form some time in between Oct 10 to Oct 12, then I received a letter from them saying the discrimination has not been filed timely and asked to contact them if I believe it was timely, I mailed them another letter in Oct 31, 2016, reasoning for why it could not be timely, but I haven't heard from them ever since, I sent them a reminder in Feb 2, 2017, but still haven't heard.

12-US department of Education, Office for Civil Rights (OCR) (filed on Oct 31, 2016)

13-Chicago branch of the US department of education, my case was transferred to them by OCR) (still ongoing as they requested new information from me just recently)

14-Office of the Executive Inspector General of the state of Illinois (filed in Oct 2016)

15-Governor of Illinois (Following non-responsiveness of the office of the Inspector General), shortly after this Inspector General Office responded by saying they have asked the President of the U of I handle this case, no need to say that ever since neither the president of U of I not Inspector General, nor the governor have responded.

16-Executive Ethics Commission (EEC) of the state of Illinois (my case was transferred to them by the governor's office, never heard from them ever since)

17-Office of the Federal Register (I thought they are in charge of integrity of federally funded research, but they said they have no jurisdiction in this case)

18-FOIA office of the State of Illinois (took side with U of I despite my argument that abundant redactions were mostly not related to their deliberation about the quality of my academic performance, but about discussing irrelevant issues about me that were ultimately used to fire me)

19-IARPA (as they had no complaint link or email in their website, I left phone message for them, never heard from them since).

20-Police Headquarter of the town of Normal (visited them in Aug or Sep 2016, they took my information and recorded my fraud complaint)

21-US Department of Justice, Civil Rights Division, Educational Opportunities Section. (filed on Sep 28, 2016, haven't heard from them ever since)

22-Bloomington court (I filed my complaint, but they said that they are almost certain that they have no jurisdiction, and they also rejected my request for waiver of the fees, so I decided to not pursue the case with
them for now)

23- Office of Research Integrity (they said they had no jurisdiction)

24-Center for Constitutional Rights (they said they can't take my case)

25-The Illinois State Board of Education (they said they had no jurisdiction)

26-Federal Court of Urbana (my only remaining hope for justice in this country).

## Document F: A summarized chronology of an ongoing discrimination, abuse, fraud and fabrication coercion, retaliation for my refusal in fraud, wrongful termination, etc.

I had several years of successful research under my PhD advisor Alex Kirlik in University of Illinois at Urbana Champaign from 2011 through May 2013, in a multi-year forecasting project funded by IARPA. My research was commended by our broader team, and also selected by IARPA's then program manager (and current director) Jason Matheny as the featured project.

In Apr 2013, my advisor submitted my annual evaluation to my department in which he had stated that I was done with all the requirement of my PhD studies(experiments) and the only thing left was to submit my dissertation document and defend what I had already done by that time. No mention of any need to any further studies, which is exactly in accord with his responses to me every time I asked him to let me do more experiments during 2012 and 2013 while we still had our funding, MIT/Draper broader team, and programmers in place, as his constant response was "you have done more than enough experiments for a PhD", and "you just need to focus on making a good final report to IARPA, and after you do that, that report will be your dissertation document which allows you to graduate".

In Mar 2013, there was a decision that we had to make on a design feature of our last experiment, my advisor Mr. Kirlik had asked my opinion about that in email, but then asked me to call him instead of responding by email, and in that phone call he approved that design choice.

After the end of our last experiment in Mar 2013 he started to show unhappiness with the fundamental result of our study (see document B for more details), first time through a long email in which he chastised me and accused me of not doing what he had asked me to do and hence causing the key number of our result to be low (hereafter I call that number "THE number", since this was the most important number in our experiment that Mr. Kirlik was highly concerned about it, after the experiment), but the turning point of his behavior happened after we submitted the final report to IARPA in May 2013, and the funding ended on May 2013 and our team and IARPA and all oversight was gone with no one else left to keep this man in check. Moreover, he had just started a new million-dollar project with NASA and was no longer in no mood to talk about a past project (our IARPA project) that he had milked all the money he could out of it, and had no further monetary value to him. Moreover, he had said in several occasions to me (and even in his class) that he didn't believe in publication, and the main thing to him is to get the message to the "right people" and get more money from as many projects as possible.

After May 2013, every time we met, the issue of "THE number" came to our conversation somehow, and he started to show bipolar strange behaviors, and flip flop

between being too nice or too mad at me and making strange comments, like telling me that our results are amazing and eye-opening, but we need to be more creative and make the key numbers look even better, because for securing more future funding, we can use slightly better results, and then later when he saw that didn't work on me, he said "in order for him to convince other members of my dissertation committee he needed better numbers", or told me that I should not worry about publishing my results, as I should be happy that "my name is already out there", or telling me that if I don't start to listen to him and start making better presentation of our results, he might never let me graduate as he said he might have to make me do many more experiments until we get better numbers.

Once he told me that he knew why I broke up with my previous advisor (also someone who had asked me to change the results of a secondary project on cell phone law, and when I refused he said I didn't know how to listen and fired me after two years despite my success in our main project), and then telling me the same thing, that I was being hard-headed, that I needed to learn how to listen to people who know the academia and how funding works better than me, as in all these he kept referring to me as an Iranian student with no clue, and he said if I don't listen to him, nobody would take side with an Iranian student (I was later demoted to the Stupid Iranian student) against a well stablished American professor. Also referring to my car accident and hand disfigurement, and repeatedly saying that I was stubborn and thinking way over my head, due to my hallucination from using drugs after my accident.

At other time he started being really nice, and out of blue said "as much as I think, I have really no reason to be mad at you and I don't know why I am", because he said "you are really a good guy", and he said he was sure that if he does me a favor and help me graduate, I must know how to return his favor many times more and he said he knows that I am such a good guy that if he gives me a $20 bill, he was sure I would definitely return it to him and perhaps even more, I was not sure if I should consider being called trustworthy for keeping $20 a compliment or sarcasm, and whether it was a hint to open up discussion about bribing money or not, but I surely never showed interest in continuing conversation in those kind of directions, and tried to bring back our conversation to research and work.

As he saw lack of cooperation from me, he started to make himself less and less accessible to me and created roadblock my PhD, namely he literally kept me hostage for 8 months from Apr 2013 to Nov 2013 just to find a 4th committee member, as he insisted that I should wait for him to find a 4th member for my dissertation committee.

It was in his email in Aug 28, 2013 (in response to my email pushing him on Aug 20 to expedite forming my committee), that for the first time (despite his Apr 2013 official evaluation in which he had said I was done with my PhD studies), that he suddenly created a new roadblock for my graduation, that now he suddenly believed I needed to think about more experiments!

Of course the future proved that "new experiment" was his code for "I'm not going to let you graduate" until you learn to listen to me, and he used that only as a retaliatory

roadblock and not as an actual goal in his mind, as evidenced by how he never wanted to actually take any action or approve anything towards those imaginary goals, because every time we met he used that as a reason to take away the focus from my dissertation and committee, while at the same time didn't allow any actual steps towards experiments either.

It was only after he had to travel with me and spend time with me for 3 days in HFES conference in Oct 2013, and after he saw my desperation (and after I told him that I'd do anything he wanted if he let me choose my 4th member of the committee myself and schedule my prelim exam), that he said he'd allow that if I promised to not mention anything (not even a word) about our first visualization experiment neither in my dissertation document nor in my prelim defense, despite the fact that he himself had previously allowed some short reference to that experiment, and despite the fact that he himself had proudly presented that experiment everywhere.

In Nov 2013, I met the members of my committee and I briefly mentioned to two of them Professor Mahoney, and Nagi about the fact that my advisor did not allow me to publish my results, and also mentioned that he no longer had time and interest to meet me after our project ended and he switched to a new funded project, (of course I was being nice and tried to save his face by saying it was because he was busy with other projects) and about my wish that my advisor would allow me to publish or present my results at least once (as he was always the one presenting all my work without my presence and without my knowledge on where and when he did those).

One of my committee members Professor Nagi said he was not surprised that my advisor had lost interest after the end of our project to see me, and he said I must be like an orphan to him now, but he said in his capacity as department chair, he'd do his best to convince Mr. Kirlik to let me publish.

Obviously I didn't mention the fabrication then to them, as I was afraid of unpredictable consequences of going to a nuclear war with my advisor given his previous threats, with no hard proof or his fabrication orders in my hand which would guarantee my failure in proving my accusations, so I just wanted to make him care about me, and by directly attacking him on the fabrication front, I was afraid that I could lose the result of all my years of research. I did however briefly mentioned fabrication to Professor Nagi, and professor Mahoney as the real cause of all my troubles, in Oct 2015, but again, I said, I didn't want to pursue a negative campaign against my advisor, as that would reduce any chance of my graduation and later the chance of the success of my academic grievance down to zero, and I said I preferred to focus on proving myself instead of disproving my advisor.

In Dec 5th, 2013, in the day of my prelim exam, my committee asked me how many experiments I had done, at that point I had to mention our first visualization experiment and then they asked why it is not there in my document, in response instead of saying because of my advisor's order, I said we thought the second one was more important, I said that to save my advisor's face. They also asked if I thought I was ready to

graduate, in response I said "it is up to you to decide that". They also asked me to focus on writing a paper with such great results.

That dream of being allowed to publish my results didn't last more than 10 minutes, because once the committee left the room, after congratulating me for passing the prelim, Mr. Kirlik kept me in room for ~90 minutes, attacked and abused me both verbally and physically. He said that I should not have said "It is up to you", but should have instead responded "No, I am not ready to graduate", because he said I should have known that he wanted me to do more experiments and he said I obviously wanted to overrule him, my explanation that I have been and still was ready to do more experiments for him could not extinguish his fire, as by the end of that 90 minutes of rage from him, it became more clear that his real concern was not whether I did more experiments or not, but he was concerned that I publish my work, as he told me "open up your....ears" and "listen up carefully to my crystal clear orders" that I should forget about publishing anything, until he says I have done enough experiments to his satisfaction, that I should not contact him, or anyone of the committee members and that I should wait for HIM to ask to see ME, and at that time I better have some nice experiment designs or there will be "huge consequences beyond imagination", and that if I "overrule" him again, or talk about our conversation to anyone he'd make sure I could never graduate by requesting even more number of experiments which he said was perfectly legitimate for him as advisor to ask.

The fact that he completely overruled everything the committee had said (committee had asked that I should focus on publishing my results), and instead barred me from publication and from meeting or communicating with him or the committee, showed that he was dangerously serious in his earlier frequent threats that I should listen to him and be his accomplice in fabrication, and hiding the part of the result that he didn't want to be published.

In Feb 2014, he wrote another annual evaluation of mine and this time in contrast to his Apr 2013 evaluation in which he had said I was done with my PhD studies, he mentioned that I am not done, and without mentioning how many and what exact studies I needed to do, he said I needed "at least" two more studies. Ironically, this evaluation is given months after his order in Dec 2013 that I should not contact him, "not try to see him", and "not try to see anyone else from my committee", until HE asks to see ME, and not the other way, and this was a period in which he had put me in quarantine and refused to read or respond to my sent designs regarding even the first one of those indefinite number of experiments that according to him I had to do.

So yet again his Feb 2014 evaluation, showed that he was following through his previous threats, made in Dec 5th 2013, and repeatedly before that, that he had no hesitation to punish me and never let me graduate by creating more and more new hurdles for me.

In May 5th 2014 despite his strong threatening and physically and verbally abusive order of Dec 5th 2013, that I had to wait for him to want to see me, I broke his order, and

caught him in surprise in his office (as I had waited exactly 6 months uselessly and he had not cared to ask to see me nor responded meaningfully to my communications and several reminders). Given his previous dangerous threats, asking me to fabricate, and asking and offering bribes when he talked about exchanging favors, and given that I was so afraid of breaking his standing order of 6 months ago in which he had ordered me to not try to see him until he says he wants to see me.

In that May 5th 2014 meeting he was so shocked at first from seeing me after a 6 months quarantine (that could easily last longer had I not broken it) and perhaps also ashamed of not even reading my sent designs after months, that he started apologizing at first, and said that he had no excuse for his behavior in our previous encounters, but told me I should understand that he was in the middle of life crisis (divorce) and he is a human and human makes mistakes, then he tried to change the subject and send me away again with sweat talking and started to say (to my surprise) that he has thought about it and he thinks we need to publish, obviously good news to me, (but given his past games I had to make sure he wasn't just trying to get rid of me for that moment with an empty promise), so I asked him if he still wanted more experiments too, then he said yes, for sure, and when I asked how many he said one, two, three, or may be four or even more, but he said we will have to "sit down" and "talk about" those later!

Though it was clear that he was continuing his indefinite endless cyclical stonewalling game with me with no intention/plan to let me achieve either a new paper (he had sabotaged our last effort to submit a paper) or a new experiment or ever graduate, I said I could do both paper and experiment, but only if he doesn't postpone these undefined vague experiments to an uncertain future, because I had already lost 6 months of my life waiting for him to make a decision and read my suggested experiment designs, so I said I could not afford to lose more time in my life for the same reason, and I politely requested if he'd agree to "simultaneously" progress in the two fronts of publication and more experiments, since he wanted both. He finally agreed with parallel work on both goals and sent me home with a firm promise to contact me soon with his comment/guidance on both goals.

Shortly after, and despite his promise, he sent me an email showing again that he didn't want to talk about experiments at all, but just wanted to keep those indefinite experiments as a permanent sword of Damocles over my head to kill me softly. His email was the death sentence of my hope and made me sure yet again that this man under normal circumstances (even in his most ashamed and humblest days) would never let me graduate or even tell me what I need to do to graduate, but instead sends me from a mission to the next in a never ending cycle, as if I was a hamster in his wheel of vengeance.

4 months later in Sep 2014, I committed suicide, and I let this man know by email about that hoping that perhaps this could show him that I was willing to die, but not to be his fraud accomplice. Alas instead of responding to my email, just as it was his habit in critical times, he asked me to call him. That call of course yielded nothing but him reiterating his usual word (his code for "get lost") that sometimes in unknown future we

have to "sit down" and think about "how we can help each other" and more and more experiments without even acknowledging that I had already sent him lots of experiment designs 6 months before and he had totally ignored them all despite promising to get back to me with his comments on those and despite his reiteration of that promise in our May 5th meeting. And not surprisingly, he didn't even care or ask about the paper either, which clearly showed that he had forgot about it, confirming what I already knew that he really didn't want a paper either, but he just loved the idea of having two abstract never-ending imaginary goals so that he could create a never-ending cycle anytime he wished.

At that point I realized that I was absolutely powerless and perhaps the only thing that could heal this man was the time hoping that perhaps one day he remembers how in the peak of our glorious days (before he started asking for fabrication) he used to tell me that I was done and that I had done more than enough for a PhD, and then he may decide to end my bewilderment era by telling me what kind of (legal and ethical) work I could do for him. So I decided to focus on saving my life for the sake of my family, give Mr. Kirlik the long break he always asked me and punished me for not giving it to him, and focus on my new job in teaching as an adjunct faculty in Illinois State University (with a salary even less than what I earned as an RA or TA in U of I, and obviously one fifth or one eight of what I could earn if this man had let me get my PhD in 2013, allowing me to work as a faculty with PhD.

After consulting with several faculty and some members of my dissertation committee, once again, and hoping that he might have forgot about his illegal requests and roadblock tactics, I decided to contact him again in Sep 2015, but based on other faculty recommendations I also shared some of the story with graduate college Dean, Anne Kopera to have some evidence and support in case Alex Kirlik insists on his past path.

So, in Sep 2015, one year after not hearing anything from my advisor, I contacted him and shared with him an overhauled and more extensive copy of my dissertation (with all the requests of the dissertation committee fulfilled). He asked me to check if the other 3 members of committee were around (a sign that perhaps he was ready to let me make a final defense), after a series of emails, I verified to him that I had got everybody on board and that I'd like to share my dissertation document with them as well after he reads that first, he promised to get back to me and then as was his habit, completely disappeared again.

So I sent him couple more reminders in the weeks to follow, and after I didn't hear from him and since it was very unprofessional to keep the other members in dark without the dissertation document to read, I told him that unless I hear from him, I'd share the updated document with other 3 members, again no response. So I finally shared it with committee, again no response from him, until committee members started to confirm their available times for the final defense, at that point suddenly Mr. Kirlik reappeared only to derail my graduation, (perhaps his initial hope that other faculty cause long delays or derail me was not coming true), then again as his usual habit, he asked me to call him or meet him, so I went and met him in Oct 13, 2015 in a coffee shop he chose,

in which he blamed me for sending document "without his permission" to others, but said my dissertation was good, actually "too good to be mine", but he said he was not going to make big deal of it, and would close his eyes on that, (as a favor to me), and he would let the committee decide about that in a final defense, despite being under extreme pressure to fire me! (This was the first time I heard about the idea of me being fired) When I objected his allegation of cheating, he said he meant "too good to be yours" as a compliment. He also didn't mention who was pressuring him.

A day later, I got an email from him saying that "in the light of new information revealed to him and my department dean", following their meeting, they think that I didn't deserve a PhD, but they generously offer me a Masters degree instead.

When I asked them what kind of information revealed to them in 24 hours could make such a drastic change and disqualify me from "your dissertation too good for a PhD" the day before to "you don't deserve a PhD" today, they both said (evidence in emails) the new information is the fact that they had learned that I had asked Economics department to give me a Masters degree for courses I had taken with them in the past (12 years ago). What I asked Econ department was not only according to university policies and my right, but it had absolutely nothing to do with the qualification of my PhD research and quality of my dissertation which had been already described as "too good".

Obviously I rejected their "generous" offer of demotion to Masters instead of PhD, so in Oct 30, 2015 they invited me and gave me a letter stating that as of end of Dec 2015, I would be terminated from my PhD program.

In Nov 13, 2015, I submitted a grievance to the grad college, surprisingly after taking/wasting more than 7.5 months, in Jun 30, 2016, dean Kopera conclusion was to frame the problem as they wish as opposed to the way I filed it, ignore all the evidence of how the decision to disqualify me from my PhD was (in their own confession) totally based on an irrelevant and non-academic issue (that irrelevant info revealed in 24 hours) of my other degree elsewhere from courses taken 12 years ago, and Dean Kopera simply said my advisor and department exercised an academic judgment to terminate me!

In Jul 15th 2016, I filed an appeal asking dean to allow a panel to judge. That was also turned down by the grad college dean, again ignoring all the evidence, and basically stating that there is nothing for which a faculty can ever be held responsible.

Interestingly, they take an extremely long time (8 months) from Oct 30, 2015, from when I received the letter that I will be dismissed as of Dec 2015, until Jun 30th, 2016 to tell me that they are not eligible to address the charges of discrimination.

I also kept referring to them in my grievance that there are issues of fabrication and fraud involved in this case, but I said I didn't expand that fraud allegations in my

grievance as my hope was that this issue could be resolved positively on the basis on my merits instead of negatively on the basis of wrongdoings of advisor and university.

Given the serious consequences of charges of fabrication and fraud for my advisor and for the university, and given Mr. Kirlik's previous threats, and given that at first I had not much provable evidence of his fabrication intention (other than his verbal suggestions which obviously I had no record of them), I was also highly afraid that by me charging them with fraud, especially if I can't provide enough evidence, this will be an irreversible all-out legal war, instead of an academic judgment on the merit of my dissertation, and given that I was not provided any clue as to how to pursue charges of fabrication which I just briefly mentioned in my grievance, I thought it would be almost impossible for me to go to such war against advisor, university and its legal team without hard proof of fabrication, but then later I accidentally came across his act of fabrication which changed things, now anyone who can see how he changed nothing but the very same number for which he had chastised me in long abusive emails and phone conversation, will have no doubt that this fabrication couldn't have been a mistake, but a plan. There will also be no doubt that (as I discussed in detail in document B), my termination was indeed a retaliation against my whistle blowing report and threat, and not as they want us to believe a result of me asking for Masters in Econ.

**Document G: Presenting a summary of events and request to consider all evidence regardless of their time of occurrence and granting me waiver of the time limits.**

In this document, I present some evidence mainly in support of how and why ALL the discrimination and retaliation evidence including ones from 2013 and 2014, and not just the newer evidence need to be considered, and how applying the time limitations to discard the older evidence in this ongoing harassment case makes it hard to see through the grand scheme of the illegal and unethical actions and orders that Mr. Kirlik and later the other university officials have been pursuing since 2013. It will also be crucial to compare Mr. Kirlik's abusive tone (which despite being many times softer and more politically correct in his emails than his face to face interactions are still vivid in his emails after mid-2013 and how they are in contrast with his jubilant tone about my work and achievements which had brought him nationwide glory and funding in our "good years", i.e. the period prior to mid-2013.

Here are some of these reasons for considering ALL facts of this ongoing discrimination, harassment, and retaliation and not just the most recent ones:

1-Professor Kirlik's harassments against me have not been limited to one or two or five isolated incidents, indeed they have been continuous, repetitive, and happening in most of our interactions (meetings, email and phone communications) since mid-2013, and therefore they are practically countless. Yet here and in my other submitted documents I have described some of the culmination points of his abusive, discriminatory, and retaliatory behaviors (e.g. our communications, meeting, email and phone conversations in Dec 2013, May 2014, Sep 2014, Sep 2015, Oct 2015).

2-Starting from Nov 14th 2015 to Aug 30th 2016 Professor Kirlik and other university officials mentioned in my complaint through a concerted effort that doubled down the retaliation that they had already exercised against me, used all sorts of wrong and inappropriate actions like the following:

I) They covered up the most important allegations (e.g. totally ignored the fraud allegations)

II) Particularly the ethics office was very adamant in not hearing my fraud complaint and despite my meeting with them on Sep 2015, and then my multiple attempts in 2016 in which I had to push them really hard to listen to me, finally very reluctantly and after a very long time and several contacts of mine they called me only once and said that they could only hear my fraud allegations by phone, but not in writing by email, and ever since receiving my allegation by phone, they never contacted me again or pursued the case.

III) They framed all the issues reported by me in either irrelevant or softer ways, (e.g. described Mr. Kirlik's often indefinite, and eternal non-responsiveness, despite my reminders sometimes over the course of 4 or 5 months, that were all part of his retaliation grand scheme against me for my fraud refusal, in a very soft language as "natural late response" that I should be OK with and ironically at the same time blaming me for not communicating with my advisor)

IV)     They misled and diverted the grievance process by giving wrong addresses (e.g. Mr. Kirlik and Mr. Sreenivas made it look like the decision to terminate me was made on Oct 14, 2014 based on something else which by the way was irrelevant and indefensible in its own place, while the true reason for such a hasty overturn was something way more indefensible, i.e. my whistle blower report of Mr. Kirlik's actions to Mrs. Kopera and the ethics office and the threat of reporting it to our funding agency IARPA.

V)      Mrs. Kopera hid an important piece of the truth, when she never ever in her grievance final reports mentioned anything about my whistle blower act in that long meeting I had with her in Sep 2015, which was definitely BEFORE my termination was even mentioned by Mr. Kirlik, and instead amazingly in her report Mrs. Kopera blamed me for not speaking about my complaints earlier! Of course she like Mr. Kirlik and Mr. Sreenivas would much rather go with the wrong address explained above and divert attentions from the fact that I was terminated because of my whistle blower report to her and to the ethic office.

VI)     They prolonged the grievance process for over 9 months from the start till final rejection, without even letting a panel look at my case which is an option predicted in the University handbook. And a big part of this inexcusable delay was due to Mr. Kirlik making himself unavailable to these university officials and due to all of them interestingly refusing to communicate via email and instead insist and encourage each other to wait for a meeting to discuss things, and of course that meeting simply didn't happen for a long time (one can only imagine they didn't want to discuss anything by email out of fear of FOIA transparency) and then these university officials like Mrs. Kopera barely made a minimum effort to demand Mr. Kirlik timely response after months, as evidenced by the FOIA revealed communications, likely in the hope that I the uninformed PhD student miss important legal deadlines due to this exorbitantly long yet futile process.

VII)    They finally concluded this prolonged 9-month futile grievance process with none but one key conclusion, that there is no standard by which to hold a faculty accountable for actions like abuse or retaliation. (Not sure if they believe that they can hold a faculty accountable for murder and rape, but their conclusion surely indicates that anything below murder is OK for a faculty).

---

3-The change in Mr. Kirlik's behavior happened "gradually" and got worse over time. After years of successful work of mine and just after when Mr. Kirlik had stated in his official report in Apr 2013 that I was done with my PhD and ready to graduate, and after he had already harvested the results of my years of work and presented them everywhere with neither my presence nor my knowledge (he didn't even share with me where and when he presented my work, yet he asked me to rest assured that he doesn't forget to mention my name when presenting my work!), and after he exhausted all the funds he could receive from IARPA using my work, starting from mid-2013, he gradually started to exercise more and more vengeance on me every time that I rejected his fraud suggestions, so this was definitely an "ongoing harassment" that only started in mid-2013 but continued for years.

-------------------------------------------------------------------------------------------------------------------------------

4-The relationship between a PhD advisee and advisor, and specially the relationship between Mr. Kirlik and me was unique in many ways and very different from any other employer employee relationship or

even other advising relationships between advisors and undergrad or Masters students, and therefore the usual time limitations that are expected for example from an abused restaurant worker or an abused Masters student could not have been expected from me for the following reasons that made our relationship unique:

4-1-PhD advising relationship is a very long term investment, for several years the advisee does everything without getting any credit until finally the work comes to fruition. Even more so in our case, given the nationwide recognition and honor that my work had earned in both academia and intelligence community for which only Mr. Kirlik had got credit but I had got zero credit. Sadly, this is in a very sharp contrast to the norm in PhD advising relationship in which often it is the PhD candidate who makes the presentations and the advisor has only a support role. So, if just when it is finally the time for me the advisee to graduate and be able to get at least "some" credit for years of my work, suddenly Mr. Kirlik turns to a different person, you can't expect me to quickly jump on the idea of going against him with the first signs of abuse and risk severing my long term investment which is yet to give me one fruit (one line in my resume), because that would basically mean forfeiting ALL years of my work.

4-2- In our case, Mr. Kirlik obviously had good reasons to make this termination happen for the following reasons:

4-2-1- Mr. Kirlik had committed fraud and had he allowed me to graduate and publish my true results it could be devastating and terminal to his career and his practice of constant presentation of the fabricated version of my work.

4-2-2- Mr. Kirlik had said it over and over to myself (e.g. "don't be fool and look for publication Amir, your work has made people's eyes wide open and every big shot now knows you Amir", or "Amir, you don't understand that you have found a gold mine, we don't have time to waste on publication, but we need to continue this promising work", and of course he wasn't really ready to continue this promising work either and that was just an excuse to deprive me of my right to publish my true results which had important consequences for the judgments and forecasts of intelligence community and therefore to the public safety).

Also in his PhD seminar he proudly said more than once that he didn't believe in publication, and instead he believed in presenting his work to the "right audience" to secure more grant money. Apparently the right audience from his perspective are those who can pay him money, not the academic community who can give him nothing of value after his tenure. Although most people in academia find such belief absurd to come from a faculty that by definition should be always interested in spreading knowledge through publication, but this was a sad truth that he was proud of due to the following reasons and evidences:

I) As evidenced by his lack of publications since 2012 (except for few works that had been done mainly by others prior to 2011, and were only published later in which he was often not the real authors, but just like fifth or seventh author, which are more an indication of his obligation to the funding agencies to show some result and barely an indication of his genuine interest in publication)

II) The fact that at this same time he has always been involved in several million dollar projects, which shows he definitely has the skills and desire to attract and exhaust grant money, but just not publication.

III) The fact that he did everything in his power to sabotage my first publication attempt (mandated by IARPA, not him, because he always became mad if I talked about publication, except for one sudden strategic change of heart that he showed in our May 2014 meeting which is different story in itself and already explained in my grievance) and after that he never ever accepted my numerous plea to revise and resubmit that work that had been rejected only due to his hasty half-baked last minute overhaul of what I had written, as evidenced by the main rejection reason being "great in content, but weak in style because obviously been written by two different people"

IV) The fact that as a tenured faculty, he felt overly secured and proudly talked about this luxury that no one could fire him for lack of new publications.

V) The fact that he had zero care and respect for my life and our advising relationship which is intended to produce publication, as unlike him I didn't have the luxury to succeed and survive without publication, but to this date I still don't have a line in my resume for my multiple visualization experiments.

VI) His refusal to comment on anything that I sent him based on his previous orders and instead coming up constantly with new out of blue orders only with the purpose of stonewalling me and with no real desire to finish anything that I had already done for him and just needed his approval (e.g. his new order to me on May 2014 to go after a new mission while he had wasted 6 months of my life prior to that with a harsh order that I should not think about that and should do something else).

VII) The fact that even in Sep and Oct 2015 he still didn't care to give me one single line of guidance or comment about the quality of my work and my dissertation, (except for "your dissertation is too good to be yours" when we met), while he had unlimited energy and time for sending long multi-page emails threatening me, and trying to subdue me numerous times and in different languages reminding me that I had no chance against him.

VIII) The fact that he experienced personal life drama like divorce which gave him even less reasons to care and focus on publications, but even more importantly the fact that (as evidences by his numerous emails), he always felt he was entitled to excuse himself from any responsibility on the basis of things like his "family issues", his mom, step-dad, sister, or his "social responsibilities", "storm", among other things, not just for days or weeks which could make them partially acceptable, but for months and months. And remember this is the person that constantly attacked me for taking a one-month unpaid leave based on his order, and still worked during my unpaid leave after I had a flip over car accident and my hand was broken and permanently disfigured.

4-3- PhD students in general are assets to their advisor for years, but near their graduation they become more of a liability for their advisors, because now it becomes advisor's turn to do something important for the advisee, and help them in finding a job, and as distracted as Mr. Kirlik was with his own priorities of money and his fragile personal dramas he'd naturally welcome any hint that helped him get rid of me

just when I was about to turn from an asset to a liability for him and that hint came from Mrs. Kizer and Mr. Sreenivas, and indirectly from Mrs. Kopera. He never even once wrote even one line to me about a job, a strategy for finding a job, or even a general word of wisdom about jobs. Quite opposite in few occasions that I asked him about letter of recommendation, applying for jobs or scholarship, he either totally ignored me or even worse responded very angrily and asked me to forget about it and found something else to chastise me. This is yet another very unusual behavior in academic advising relationship, but totally predictable from someone who could never forgive me for what he described in his emails under the code word "overruling him", but in face to face was more clear that he was mad at me for not listening to his fraud orders and therefore "shooting at our own feet".

4-4- PhD advising relationship is about a future promise, not about a student salary. PhD students are not getting whole for the work they do through the small stipend that they receive (in my case I sometimes received it and sometimes didn't). With multiple Masters degree I could definitely earn a salary much higher than $1400 or $1800 student salary elsewhere. If a PhD student works for years under poverty line salaries for his advisor, it is mainly in the hope of an implicit promise that will "eventually" make this student whole. And that promise which is the basis of all PhD advising relationships is that if I work diligently for years for my advisor, one day my advisor (I) supports me to graduate and (II) he will recommend me or pick up the phone and say few good words about me to a potential employer that helps my find a job. In this case Mr. Kirlik took advantage of me for years, and just when it was time for him to do something for me and help me graduate he terminated me.

4-5-My product was purely intellectual, not physical, obviously an abusive faculty like Mr. Kirlik who has presented the work of his student for years around the country would love to take advantage of his student and then get rid of this student,

I)      specially when he (as he repeatedly said) feels that this student is vulnerable and easy to take advantage of due to his race, age, or medical condition,
II)     specially when this advisor has committed fraud on the work of this student,
III)    specially because until recently I didn't know that Mr. Kirlik had actually committed the fraud and instead I used to think that I had just been asked to do the fraud and therefore felt that I had no way of proving his fraud orders, and
IV)     specially when this advisor was in the middle of a personal life drama and divorce,

then such a separation would look like pure profit to this advisor who thinks by getting rid of his vulnerable student, he will end up owning the research of the student all by himself, and can continue presenting any fabricated version of his work as he wishes with nothing to fear, and it is only the student that will suffer from a pure loss of intellectual property. This was yet another reason that I felt I had no choice but to tolerate these abuses and felt so powerless against him that thought my only choice was to commit suicide.

---

5-Mr. Kirlik used a well-exercised long term strategy of flip flopping against me which paralyzed and prevented me from taking action against him earlier. While he often abused and threatened me after

mid-2013, once in a while at some other occasions he apologized to me for what he had previously done so full-heartedly and talked so much about his personal family issues and "the cards that life had dealt him" and how he had been in the midst of lots of issues, that he managed to make me believe that his previous threats and retaliations might have been only temporary surges of anger and if only I "give him a break" as he kept asking me and if I let him "handle things in his own pace", and trust him that "no one will ever forget how great research you've done Amir", then his nicer honest self may ultimately prevail over his moody tempted-by-fraud angry self and we may go back to a normal relationship. He played this game over and over, but most strongly at the beginning and end of our surprise May 2014 meeting and also at our Oct 2015 meeting on the coffee shop in campus which I have explained them both elsewhere. Even to this date, I can't tell for sure if at those moments he was trying to intentionally fool me by empty promises and nice words to prevent me from going against him or if I was a victim of his unintended bipolar behaviors, but his later actions and how he broke his promises several times in matter of 24 hours proved that he definitely didn't deserve the trust and respect that I was paying to him for a long time.

-------------------------------------------------------------------------------------------------------------------------

6-While his actual date of resignation and termination of my PhD happened in Oct 2015, he had indeed practically but inappropriately resigned from anything (guidance, meeting, communication, etc) that one may expect from an advisor, specially right after my prelim in Dec 5th 2013. This breach of advising contract left me in a bewilderment position that on paper I had an advisor but in reality I had to put up with a dysfunctional man and ultimately his paralysis paralyzed me too and turned me from a research-hungry energetic person who was so dedicated that worked relentlessly with his broken hand in cast to a hopeless suicidal. Had he resigned in Dec 5th 2013 instead of ordering me to stay away from him and putting me in a long term quarantine and strict order of don't come, don't contact me or other, an order which was only broken by me against his order after 6 months, I could still have a chance to seek another advisor, finish my PhD on time, prevent wasting years of my life with no income and find a proper academic job very soon. But instead he chose to keep me as a hostage for years to come until he finally and inappropriately resigned and terminated me just one day after he promised to schedule my final defense! I can't imagine what this man can possibly teach in his ethics class, but it definitely can't be things that he has actually done to me.

**Document H: Response to parts of the "defense motion to dismiss" that may not have been addressed completely in plaintiff's other documents.**

In this document, I present complementary arguments about some of the defense reasons for dismiss and only to the extent that has not been addressed in my other documents submitted.

Defense argues that The board of trustee of university of Illinois, (hereafter name BTUI) and not the "university of Illinois" can be sued, without agreeing or disagreeing to this claim, I need to clarify that both the individuals mentioned in my complaints and the University as an educational institute whether they are represented by the BTUI or not, have violated my rights, so based on defense suggestion, I am suing BTUI too.

As far as why I am suing a state agency in the federal court, it has been already discussed in my other documents, that I worked under a federal fund by IARPA with Professor Kirlik, and whenever Mr. Kirlik insisted on doing fabrication and fraud, I warned him that I have the rights to report his suggestions to the IARPA and federal and state agencies in charge of research ethics standards.

Moreover, as explained elsewhere, Mr. Kirlik and the other aforementioned employees of the university of Illinois and the BTUI violated many of my federal rights, like my whistle blower rights, and the federal laws regarding age-related, national origin and race related, medical condition related, and leave of absence related discrimination, and my freedom of speech rights.

My freedom of speech rights were violated, because the funding and purpose of my research was to help intelligence community to make better judgments and forecasts which is crucial to the national security and public safety, as evidenced by my research being selected (among 50+ others) as the featured project of the year by Mr. Jason Matheny the IARPA director. Therefore Mr. Kirlik by sabotaging and then forbidding me from publishing or even mentioning the results of my second experiment in my dissertation (first brier visualization experiment) and by fabricating the results of my third experiment (second visualization/feedback experiment), following by sabotaging my chance to graduate and publish my true results (which would have been different from the fabricated version presented by him) and the other aforementioned university of Illinois people and BTUI by their blind support to Mr. Kirlik to cover up his wrongdoings and to silence my voice have seriously damaged the interest of public in having access to the true results of an important series of studies.

Regarding violation of my intellectual properties, unlike the business world, the academic world works based on honors and trust. That is why in academic discoveries and innovations, rarely people file copyright or patent their work, but instead there are high standards for plagiarism, and ethical conduct and producers of knowledge and intellectual property expect to be acknowledged for their work, which is obviously like receive non-monetary credit for their intellectual contribution.

We the scientists are not always after money, only in rare cases that a discovery leads to a marketable product you see copyright or patent being filed, but in most works and specially my work, I was happy to share my contribution to the public, intellectual community and other academics, but of course I wished I could receive (non-monetary) credit for my work. Of course these non-monetary credits are ultimately what distinguishes a successful academic person from others and help you earn better jobs, so being referred and acknowledged will ultimately translate to prosperity, and social status too in the long term.

The difference between a real scientist and an academic charlatan is not that the former hates money and the latter loves it, but the fact that the former is "primarily" concerned with producing knowledge and money is only a secondary goal for him, while for the charlatans the order of priorities is reverse.

Now, in my case, Mr. Kirlik single handedly and repeatedly presented my works around the country, and he barely even told me when and where he presented my works. (while always assuring me that big shots are aware of my name, and everybody knows me, I am yet to know one of those big shots by the way, because few people that I spoke with in different conference had been the audience of my work, but they actually though it was a joint work of Mr. Kirlik and his former student Mrs. Sarah Miller, yet another sign of how he had shared the credit of my work with Mrs. Sarah Miller and not with me, obviously because Mrs. Sarah Miller was his favorite student, but also because Mrs. Sarah Miller was actually equivalent or to some aspect above Mr. Kirlik in the IARPA funded project, so naturally Mr. Kirlik had "good" reasons to please her with the fruit of my work).

This is highly unusual in academic world that the PhD student never be present in the numerous presentation of his own work, yet another circumferential evidence that perhaps Mr. Kirlik wished to be alone when presenting my work to not have to worry about my presence. Also another evidence for his discriminatory and abusive approach in exploiting me without ever giving me a chance to take any credit for my own work.

As far as the damages and suffering to me, they have been ongoing to me since Apr 2013, both to my academic success, to my personal and family life, (e.g. my resulted suicide, and years of being in quarantines based on Mr. Kirlik's orders), and my financial status due to being either unemployed or underemployment in underpaid jobs.

Moreover, all these harms have been ongoing in the past and future as well, as for example the job prospects, and social and financial status of a non-tenured track faculty with a Masters degree and often part time (which I have been for the last 3 years) is permanently and significantly worse than that of a full time tenured track faculty with PhD (which I would have been had Mr. Kirlik stayed with his promise of Oct 13, 2015 that I'd graduate from my PhD in a month). Every day I witness people with research qualifications below me and without any of my nationwide recognitions publish their works, graduate, and earn 4-5 times more than me with half of the work that I do, and this is just an unbearable permanent pain for my self-esteem, sense of being valuable to the society, and sense of being a worthy supportive father, and husband. Even worse this abuse changed the way I look at the world, as it changed me from an optimist person who thought the world and specially the academic world is a fair and respectable world to someone wrenched by feeling injustice to the bottom of my heart and feeling that the academic world is a place for charlatans to bloom and for honest people to fade.

As far loss of my job as a graduate assistant which occurred almost a year before my termination as a PhD student, the defense has made assumption that the loss of job has been my main complaint, however the bigger issue in this case is the loss of PhD degree. The loss of job (while Mr. Kirlik had been repeatedly and proudly punished me by saying I have money to pay for anything and anyone except to you) was presented as a strong supportive evidence of his practice of retaliation against me for my refusal in fraud. I am aware that receiving graduate assistantship for a PhD student is a privilege and not an entitlement, but when in my case you put this alongside the other pieces of puzzle, (e.g. he didn't just deny paying me from his own fund, but he also proudly said it to my face as a punishment, and also in response to my other initiatives to secure funding or jobs from sources other than him, he either angrily

chastised me for even trying to make those efforts or totally left me with no response, yet another sign that he had put a financial embargo against me to break my resistance to his fraud and the issue was not just about him refusing to pay from his own funds, which could be his right if there wasn't so much other evidence that suggests he wanted to retaliate, punish and break me.

As far as age, I was definitely 40 years and above when most of his age-related insults (e.g. you are too old to know how to obey my orders, and you think just because you are old you can get away with overruling me, but I will teach you how to be a student and don't act like you know better than me) and discriminations happened in Dec 2013, May 2014, Sep 2014, Sep 2015 and Oct 2015, as I am born in Sep 1973.

As far as not having a notice of the right to sue from EEOC, first of all I have filed with IDHR and they have been non-responsive (as explained in document E), and also as explained in document E, EEOC has refused to accept my case, and refused to give me a right to sue either simply by saying this is an educational matter and not something they consider, so I have made all I have could, and have been denied such letter. That is certainly no fault of mine if EEOC decided to not do its job and indeed that adds to my sufferings if government agencies continue denying my rights.

Unlike what defense tries to argue, nowhere in my complaints I said 2013 was the last time I was discriminated and harmed, quite opposite the beginning of 2013 was part of our "glorious years", the middle of 2013 was when discriminations and retaliations started (not ended) and they continued on an ongoing basis for the years to come till the Aug 30th 2016.

Unlike what defense argues, my whistle blower threats prior to Sep 2015, followed by my whistle blower action in Sep 2015 (prior to termination) makes me a member of a protected class and as I have explained in document D, my termination has been a direct result of my whistle blower action just before that.

I have proved the discrimination through my submitted documents in details both in "direct" and "indirect method" that defense has mentioned.

As far as my right to education, even if we agree the defense argument that is not a constitutional right, still violating that right for baseless reasons and specially as a retaliation to my protected activities definitely makes it a serious violation of my rights.

The actions of Mr. Kirlik have certainly surpassed the level of being outrageous and extreme in many cases explained in my other documents.

The emotional inflicts should not be barred as explained in document G and how they have been an ongoing harassment only starting in mid-2103 and not ending in 2013 unlike what defense claims.